Gregory P. Goonan
*Admitted Pro Hac Vice*
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Eric R. Olsen, Esq.
Nevada Bar # 3127
**GARMAN TURNER GORDON**
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

Attorneys for Defendants
Right Connection, Inc. and Donald D. Hughes II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> RIGHT CONNECTION, INC., et al, <br><br> Defendants. | CASE NO.  2:21-cv-01838-GMN-BNW <br><br> **JOINT STIPULATION TO TAKE NOVEMBER 22, 2022 SETTLEMENT CONFERENCE OFF CALENDAR** |

Plaintiff and Counter-Defendant DESIROUS PARTIES UNLIMITED, INC. ("Plaintiff") and Defendants and Counter-claimants DON HUGHES and RIGHT CONNECTION, INC. ("Defendants") (collectively with Plaintiff the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.     The Parties currently are scheduled to participate in a settlement conference with Magistrate Judge Weksler on November 22, 2022 commencing at 10:00 am.

2.     Defendants have filed a notice of appeal of the Court's order granting

**JOINT STIPULATION TO TAKE NOVEMBER 22, 2022 SETTLEMENT CONFERENCE OFF CALENDAR**
1

Plaintiff's preliminary injunction motion (ECF 79).

3. In connection with such appeal, the Parties will be participating in a mediation with a Ninth Circuit mediator on November 18, 2022.

4. Given the November 18 mediation with the Ninth Circuit, the Parties do not believe it makes sense to also do a settlement conference with Magistrate Judge Weksler four days later.

5. The Parties therefore stipulate to take the November 22 settlement conference off calendar to be rescheduled for a later date if and as necessary.

In view of the foregoing, THE PARTIES HEREBY STIPULATE that both the Pre-Settlement (telephonic) Conference scheduled for November 21, 2022, and the Settlement Conference scheduled for November 22, 2022, may be and should be taken off calendar. The Parties respectfully request that this Stipulation be approved as the order of the Court.

DATED: November 8, 2022

| WEINBERG GONSER FROST LLP | THE AFFINITY LAW GROUP |
|---|---|
| By: /s/ Shahrokh Sheik<br>SHAHROKH SHEIK<br><br>*Attorneys for Plaintiff and Counter-Defendant,*<br>*DESIROUS PARTIES UNLIMITED, INC.* | By: /s/ Gregory P. Goonan<br>GREGORY P. GOONAN<br><br>*Attorneys for Defendants and Counterclaimants,*<br>*RIGHT CONNECTION, INC. and DON HUGHES* |

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED: November 9, 2022

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

JOINT STIPULATION TO TAKE NOVEMBER 22, 2022 SETTLEMENT CONFERENCE OFF CALENDAR

2