Shahrokh Sheik (CA Bar No. 250650)
*Admitted Pro Hac Vice*
**WEINBERG GONSER LLP**
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060
Email: shahrokh@wgcounsel.com

Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**Gile Law Group Ltd**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Plaintiff*
DESIROUS PARTIES UNLIMITED INCORPORATED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br><br>         Plaintiff,<br><br>    v.<br><br>RIGHT CONNECTION, INC., et al,<br><br>         Defendants, | Case No.: **2:21-cv-01838-GMN-BNW**<br><br>**SUBSTITUTION OF ATTORNEY AND DESIGNATED RESIDENT NEVADA COUNSEL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GLG-30954                              1

# SUBSTITUTION OF ATTORNEY AND
# DESIGNATED RESIDENT NEVADA COUNSEL

Plaintiff DESIROUS PARTIES UNLIMITED INCORPORATED hereby substitutes Ryan Gile Esq. of the law firm Gile Law Group, 1180 N. Town Center Drive, Suite 100, Las Vegas, NV 89144, 702-703-7288, rg@gilelawgroup.com, as attorney of record and Designated Resident Nevada Counsel in this case in place and stead of Ben Lehavi Esq. of Ben's Law and James Beckstrom, II Esq. of Beckstrom and Beckstrom, LLP.

DATED: 10/15/2024

David Matlock, President
DESIROUS PARTIES UNLIMITED INC.

I consent to the above substitution.

DATED: 10/15/2024

James Beckstrom, II Esq.
Beckstrom and Beckstrom, LLP

I consent to the above substitution.

DATED: 10/15/2024

Ben Lehavi Esq.
Ben's Law

I am duly admitted to practice in this District. I accept the above substitution.

DATED: 10/15/2024

Ryan Gile, Esq.
Gile Law Group Ltd.

**APPROVED:**

DATED: October 16, 2024

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

*/s/ Ryan Gile*
Employee, Gile Law Group Ltd.

GLG-30954

3