Gregory P. Goonan
*Admitted Pro Hac Vice*
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Eric R. Olsen, Esq.
Nevada Bar # 3127
**GARMAN TURNER GORDON**
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

Attorneys for Defendants
Right Connection, Inc. and Donald D. Hughes II

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., et al,<br><br>                    Defendants. | ) CASE NO. 2:21-cv-01838-GMN-BNW<br>)<br>) **AMENDED JOINT STIPULATION TO**<br>) **CONTINUE TRIAL DATE AND RELATED**<br>) **PRETRIAL DATES**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the December 11, 2024 notice from the Court, Plaintiff and Counter-Defendant DESIROUS PARTIES UNLIMITED, INC. ("Plaintiff") and Defendants and Counter-claimants DON HUGHES and RIGHT CONNECTION, INC. ("Defendants") (collectively with Plaintiff the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.      The trial date in this matter, currently scheduled for February 10, 2025, may be continued to September 22, 2025.

**AMENDED JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES**

1

2.    The calendar call, currently scheduled for February 4, 2025 at 9:00 a.m. in Courtroom 7D, may be continued to <u>September 16, 2025 at 9:00 a.m. in Courtroom 7D</u>.

3.    The deadline to file the materials required under Section 7 of the Court's Order Regarding Trial may be continued to <u>September 4, 2025</u> or such other date as the Court may order.

4.    The deadline to file any motions in limine may be continued to <u>August 22, 2025</u>. The deadline to file oppositions to any motions in limine may be continued to <u>September 5, 2025</u>.

SO STIPULATED.


DATED: January 7, 2025

| WEINBERG GONSER LLP | THE AFFINITY LAW GROUP |
|---|---|
| By: _/s/ Shahrokh Sheik_ _____<br>   SHAHROKH SHEIK<br><br>*Attorneys for Plaintiff and Counter-Defendant DESIROUS PARTIES UNLIMITED, INC.* | By: _/s/ Gregory P. Goonan_ _____<br>   GREGORY P. GOONAN<br><br>*Attorneys for Defendants and Counterclaimants RIGHT CONNECTION, INC. and DON HUGHES* |

**IT IS SO ORDERED:**

_____
Hon. Gloria Navarro
United States District Judge

DATED: ___January 8, 2025___

**AMENDED JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES**

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296