# EXHIBIT A



# DIRTY VIBES REPORT

Prepared for:
Weinberg Gonser Frost LLP
c/o Shahrokh Sheik

Re:
*Desirous Parties Unlimited, Inc.*

v.

*Right Connection, Inc. and Don Hughes*

Case No.: 2:21-cv-01838-GMN-BNW

April 28, 2023

Amy Lenertz, CFE
Raincross Associates, LLC

DATE: 5/24/2025
WITNESS: Hughes
EXHIBIT 120
PAGE(S)




RAINCROSS
ASSOCIATES

# Table of Contents

Introduction ......................................................................................................... 3

Dirty Vibes Lawsuit .............................................................................................. 5

Donald Hughes Jr. ................................................................................................ 7

Right Connection Inc: The Donald Hughes Sr. Years ......................................... 14

Right Connection Inc: Questionable Business Practices .................................... 22

Summary: Right Connection in Their Own Words .............................................. 31

Appendix 01: Desirous Parties Unlimited v Right Connection .......................... 34

Appendix 02: Trademarks ................................................................................... 63

Appendix 03: Heyenga v Don Hughes Jr. .......................................................... 68

Appendix 04: Kiersten Tarter v Don Hughes Jr. ................................................ 95

Appendix 05: Katherine Tarter v Don Hughes Jr. ............................................ 101

Appendix 06: Donald Hughes Sr Living Trust and Probate ............................. 116

Appendix 07: LSO Ltd v Right Connection ...................................................... 183

Appendix 08: Right Connection Inc v DPP Enterprises Inc ............................. 236

Appendix 09: Right Connection Inc v Robert McGinley (2013) ...................... 254

Appendix 10: Right Connection Inc v Robert McGinley (2015) ...................... 271

Appendix 11: Domain names owned by Right Connection Inc ........................ 286

Appendix 12: Original Group Certified Partners Handbook ........................... 301

# Introduction

Right Connection Inc. (RCi) is a Nevada Corporation that operates a travel agency specializing adults-only, clothing-optional resorts and cruises. Their subsidiary is called Right Connections Travel, and it apparently makes money by booking large groups of people into these specialized erotic destinations. In return, the resorts and cruise lines likely give a commission to the travel agency for the bookings.



*Right Connection's World Headquarters:*
*2375 E Tropicana Ave, Las Vegas, NV 89119*

What seems to make Right Connection different is the way in which it builds its customer base. During 20+ years of existence, Right Connection Inc. has purchased over 500 domain names, most of which resemble the names of various resorts, cruises, and other adult-themed travel events.

RCi apparently uses these similar looking domain names in the creation of "copycat" websites that resemble the original travel and resort websites. The similarities are very likely to create confusion on the part of potential clients who book travel believing it is with the actual resort when they have actually booked with Right Connection.

Right Connection also apparently uses their copycat websites to compete with other businesses. In the past, the company entered partnerships with other entities in bad faith, using confidential, proprietary information in the apparent attempt to take over the businesses. People who have partnered with Right Connection previously have endured lawsuits, infringement of their own trademarks, and even well-noted threats from Right Connection executives.

# Right Connection Inc's Pattern of Business Practice



**Stage 1**

**Find a Partner**

Right Connection enters into working agreements with similar complimentary businesses in the exotic travel industry.

**Stage 2**

**Get Their Data**

Right Connection acquires their partners' proprietary and confidential data and uses is for their own nefarious gain.

**Stage 3**

**Claim Violation**

Right Connection claims first-use of partners' work product, accuses them of trademark infringements and other offenses.

**Stage 4**

**Conduct**

Right Connection attempts to take partners' business through copycat websites, threats, reputation harm, and frivolous litigation.

This report details the history of Right Connection Inc. and its dealings with customers and other businesses. The entity's litigation record was analyzed, and a pattern of questionable actions identified. Leadership of the entity and its executives were also examined. Below are those findings.

4

# Dirty Vibes Lawsuit

Desirous Party (desirousparty.com) is a members-only social website that caters to couples and single women who are interested in open "swinger" relationships and other adult lifestyle experiences including parties and travel. The site is a subsidiary of Desirous Parties Unlimited Inc.

Since 2004, Desirous Party has organized, arranged, and hosted nightclub events and destination travel packages for its community members and selected invitees. These events often have a theme and attendees are encouraged to wear sexy attire or costumes. DJs and other talent provide entertainment and are featured on promotional materials.



**DirtyVibes** is a brand owned by Desirous Parties Unlimited and created to be "the epitome of electric, high energy lifestyle group trips and events." The destinations are usually exotic resorts in tropical or "bucket list" locations. The clientele themselves are upscale professionals seeking luxury adult-themed experiences.

In 2017, David Mattock, the owner of Desirous Party and DirtyVibes, met with Donald Hughes Jr., the owner of Right Connections Inc., an entity that operates Right Connection Travel, specializing in arranging adult-oriented travel, vacations, and cruises.

Mattock and Hughes Jr. agreed to co-organize a series of seven events between 2018 and 2021 under the DirtyVibes brand. Desirous Party and Right Connections Travel would split the proceeds 50/50.

The working relationship between Mattock and Hughes Jr. soured after a couple of events. Right Connection Inc. registered the domain **dirty-vibes.com**, similar to Mattock's original **dirtyvibes.com** brand. Hughes Jr. populated his copycat dirty-vibes.com website with images, text, and other proprietary material owned by Desirous Party for the original dirtyvibes.com websites.

Hughes Jr. also withheld proceeds and adversely affected Matlock's business by apparently making disparaging remarks to hotel owners, DJs, vendors, and clients in an alleged attempt to sabotage Matlock's contractual relationships and reputation in the industry.

In November 2019, Desirous Parties Unlimited Inc, the parent company of Desirous Party and DirtyVibes, applied for a Dirty Vibes trademark for arranging travel, cruises, entertainment, and nightclub events.



Desirous Parties trademarked product

Right Connection copycat product

| United States Patent and Trademark Office | |
|---|---|
| Word Mark | DIRTY VIBES |
| Filing Date | November 1, 2019 |
| Owner | (REGISTRANT) DESIROUS PARTIES UNLIMITED INC. |

In December 2020, Right Connection, Inc. also registered a trademark for Dirty Vibes in the same classification categories, claiming they were the first to use the name.

| United States Patent and Trademark Office | |
|---|---|
| Word Mark | DIRTY VIBES |
| Filing Date | December 30, 2020 |
| Owner | (REGISTRANT) Right Connection, Inc. |

In 2021, Desirous Parties Unlimited Inc., filed a lawsuit in federal court against Donald Hughes Jr. and Right Connection Inc. The charges included: trademark infringement, copyright infringement, unfair competition, breach of contract, and intentional interference with prospective economic advantage. The case is ongoing at the time of this report.

Right Connection Inc. is no stranger to the courtroom. The company—formed by Donald Hughes Sr. in 2001—has been named in numerous lawsuits involving intellectual property and alleged deceptive business practices.

The apparent takeover of the DirtyVibes brand by Right Connection Inc. and antagonistic behavior by Donald Hughes Jr. are part of a bigger pattern in the history of both the company and the person behind it.

6

# Donald Dale Hughes, Jr.

Donald Dale Hughes Jr. was born in 1978 in San Diego County, California. He grew up in El Cajon, attending Granite Hills High School in the mid 1990's.

Hughes Jr. had several legal issues and restraining orders against him in his early adult years, including separate lawsuits brought forth by his mother, his wife, and his mother-in-law.

## Donald Hughes, Jr. and Laurie Heyenga

When Donald Jr. was twenty years old, his mother, Laurie (Campbell) Heyenga, leased him a new 1999 Ford F150 truck. Within one year of having the truck, Donald Jr. caused physical damage to it and exceeded the two-year mileage limit by 10,000 miles.

Heyenga attempted to return the truck before the lease period was up, hoping to minimize her losses to the Ford Motor Credit Company. Donald Jr. refused to surrender the vehicle. Instead, he apparently hid the truck and told his mother that he would destroy the vehicle before he allowed her to terminate the lease.

These threats of violence caused Heyenga to request a restraining order against her son and begin legal action to get the truck back in her possession.



Donald
Hughes



10 ☑ **DESCRIPTION OF CONDUCT**

Describe in detail the most recent incidents of abuse. List each incident **separately by date.** Describe the **incident** including who did what to whom, whether any firearms or other weapons were used or threatened, and any injuries. Describe any history of abuse.

☐ **CONTINUED** on Attachment 10

On October 16, 1999 Donald Hughes came to our residence and threatened to destroy our property and cars. I had to speak to him through a locked screen door, because I was afraid he would physically hurt me or come in the house and get violent.

*my 21 yr-old son*

*Excerpt from Laurie Heyenga's restraining order against her son, Donald Hughes Jr.*

Twelve days after the permanent restraining order was granted against Donald Jr., he was found in contempt of court. According to the judge who signed the order of contempt, Donald Jr. had the truck towed from a repair shop to prevent his mother from returning it to the dealership.

IT IS ORDERED that Respondent, Donald Hughes II, forthwith surrender possession of a

1999 Ford 150 truck, California Vehicle Identification Number 1FTRX17W4XKA14985, to the

Petitioner, Laurie Heyenga, or her authorized representative.

Dated: 11/29/

Judge, Superior Court

## Donald Hughes, Jr. and Kiersten Tarter

Donald Hughes Jr. married Kiersten Tarter in Nevada on May 8, 2000. On June 27, 2000, Tarter filed for a temporary restraining order against Donald Jr. (*Tarter v Hughes*, Case EV01195, San Diego County Superior Court). In her application, Tarter described the confrontational incident that occurred the previous day that was the catalyst for the order:

---

19 ☑ **DESCRIPTION OF CONDUCT**
Describe in detail the most recent incidents of abuse. List each incident separately by date. Describe the incident, including who did what to whom, whether any firearms or other weapons were used or threatened, and any injuries. Describe any history of abuse.

☐ Continued on Attachment 19.

On June 25, 2000, my spouse kicked my leg when I tried to move his dog away from attacking my cats. My friend, Michele Baldridge witnessed him kicking and threatening me.  On June 23 and June 26, in front of the apartment landlord he threatened to destroy all of my personal property.  I called the police.  Before the police arrived, respondent flipped the car stereo out of my car and left the scene.  The police were called, took a report and the case number is: 000 46063-A, incident No. 103220.

We have been married for approximately one month, throughout which he has been pushy, and verbally confrontational.  Before we got married in approximately in February or March we argued and I took my sons and myself into the bedroom and shut the door.  He opened the door and said "if you want to play the victim role we can play that game" and he slapped me hard across my face.

Please grant this order because I am afraid the violence toward myself and sons and property damage will escalate and I am in fear for my physical and emotional safety.

---

The judge granted a temporary restraining order to Tarter, and Donald Hughes Jr. was ordered removed from their shared residence under escort of the San Diego County Sheriff.

8

Donald Hughes and Kiersten Tarter had a daughter, Cheyenne Hughes born in 2002. The couple's reconciliation was brief, however. On October 24, 2003, Donald Jr. filed an application for a temporary restraining order against his wife. Donald Jr. also requested that Tarter be removed from their shared residence, but the judge denied that request.

Kiersten Tarter filed for divorce from Donald Hughes Jr. on October 31, 2003.



ARBITRATION AGREEMENT

### _Donald Hughes, Jr. and Katherine Tarter_

On March 1, 2004, Katherine Tarter, mother-in-law of Donald Hughes Jr. filed a breach of contract lawsuit against him. At the center of the case was a toy-style recreational trailer that Katherine had sold to Hughes Jr. for $8,000 and for which he was making monthly payments to her.

In her petition for _Tarter v Hughes_, case EV01195 in San Diego County Superior Court, Katherine Tarter described Hughes Jr.'s tactics, including his threat to keep his daughter away from her maternal grandmother.

On January 24, 2004, Donald brought $150.00 for payment and because of a disagreement and no written contract, he took the monies back. I told him to have the trailer back here by noon tomorrow (Sunday, 25th) or I would report it stolen. He said, "Go ahead, and you might as well kiss your Granddaughter goodbye, because you'll never see her again!"

On April 28, 2004, Katherine Tarter and Donald Hughes Jr. entered into an arbitration agreement with Big Ticket Pictures, Inc., producer of the Judge Judy television show. The agreement stated that the dispute was over the return/value of trailer, with damages in the amount of $3,475.00. Judith "Judge Judy" Sheindlin arbitrated the case and dismissed Tarter's claim against Hughes Jr. in its entirety.

Sheindlin's arbitration agreement did not specifically state who was the owner of the trailer, so Katherine Tarter filed another breach of contract lawsuit against Hughes Jr. In her complaint, Tarter's description of her attempts to retrieve the trailer are similar to those experienced by Donald Hughes Jr.'s mother five years earlier. Further, while Tarter attempted to retrieve the trailer, a finance director for a Ford dealership was also trying to retrieve a truck in Donald Hughes Jr.'s possession that he was also refusing to return.

Tarter included the following affidavit as an exhibit in the case:

TO WHOM IT MAY CONCERN:

I BILL PAPANOS FINANCE DIRECTOR AT PERRY FORD OF POWAY,
HAS BEEN PHONEING REFRENCES AS PROVIDED BY DONALD
HUGHES IN REGARDS TO OR 2002 FORD F250 WHICH HE HAS FAILED
TO RETURN TO US AS REQUESTED. THIS VECHILE IS OUT FOR
REPOSSESION DO TO THE FACT MR. HUGHES REFUSES TO BRING
BACK WHICH HE DOES NOT QUALIFY FOR . IN PHONEING REFRENCES
PROVIDED BY MR. HUGHES I SPOKE TO A KATHERINE TARTER SHE
STATED SHE WAS HAVING SIMILAR PROBLEMS . THIS HAS BEEN A VERY
FRUSTRATING CUSTOMER TO DEAL WITH. ANY QUESTIONS FEEL FREE
TO PHONE ME .

THANKS AGAIN



BILL PAPANOS  8-13-04

Tarter's second breach of contract case against Donald Hughes Jr. was
dismissed in early 2005 due to lack of jurisdiction since the Judge Judy
arbitration occurred in Los Angeles County.

_Donald Hughes, Jr. and Amishka Necochea_



Donald Jr. Amishka, Cheyenne, and Leilan. Undated photo.

Amishka Brianne Necochea is the
current wife of Donald Hughes, Jr.
She was born in 1979 in San Diego
County, CA.

Donald Jr and Amishka have at least
one child together: a boy who is a
teenager at the time of this report.

Donald Hughes, Jr. and Amishka
Necochea were co-defendants in at
least two past lawsuits. In 2017, they
were sued by Debra S. Moore in San
Diego County small claims court when
their off-leash dog attacked her dog
and knocked Moore to the ground.

There was a delay in filing the case because the plaintiff said at the time of the attack Hughes, Jr. and Necochea refused to give their information to the victim.

(3) **The plaintiff claims the defendant owes $ _5,000._ 00** _____. *(Explain below):*

    a.  Why does the defendant owe the plaintiff money?
    *Desembuets Dog came off leash walked it attacked my Dog Also knocked us to this ground* "

(4) **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
    ☐ Yes    ☒ No    If no, explain why not:
    *Just found out, when they were, Refused to give info when event Happened*

)
_____



**Amishka's House**

**Don Jr's House**

In 2019, Donald Jr. and Amishka filed a lawsuit against Ford Motor Company claiming the Ford F-250 they purchased the previous year suffered from "nonconformity to warranty" and had several issues. Necochea filed a similar case against Chrysler Group LLC. in 2014. Both cases were held in San Diego County.

Donald Jr. and Amishka currently live in San Tan Valley, Arizona. In 2020, they purchased two residential properties, one in each of their names, totaling over $1 million. The two houses are a few hundred feet apart, separated by one residential lot.

It is unclear when they got married, but Amishka has referred to Don Jr. has her husband in legal documents and on video.

What is clear is that Don and Amishka have known each other at least since November 5, 2004. On that day, Amishka was the process server for the summons on Donald Hughes Jr.'s cross-complaint against Katherine Tarter.

## Donald Hughes, Jr and Kim K Wilson

Donald Hughes Sr. passed away on May 19, 2017, in San Diego County, California. In 2007, Donald Sr. filed the Donald D. Hughes Living Trust, naming himself as trustee and girlfriend Kim K. Wilson as successor trustee. Donald Hughes Sr. was listed as lifetime beneficiary with Kim Wilson and Donald Hughes Jr. as contingent beneficiaries.

Further, the Trust stated that in the event of Hughes Sr.'s death, Kim Wilson as contingent beneficiary was to receive 100% of the estate. If Wilson was deceased, then contingent beneficiary Donald Hughes Jr. would receive 100% of the estate.

## Schedule of Contingent Beneficiaries and Distribution of Estate Property

| Beneficiaries | Property/Share of Estate to Receive |
|---|---|
| Kim Wilson<br>Friend | 100% of the Estate |

If Kim Wilson does not survive the Trustor, her portion of the estate shall be distributed as follows:

| Donald Hughes, II<br>Son | 100% of the Estate |
|---|---|

Donald Hughes Sr. included a "Desired Distribution of Personal Property" in his living trust. Kim Wilson was to receive computer equipment, a Harley Davidson Road King motorcycle, and the entire contents of the home. Donald Hughes Jr. was to receive his father's entire tool and gun collections.

The following personal properties have special meaning to me. Upon my death I desire that upon my death these items be given to those herein indicated.

| Description of Personal Property | Desired Recipient and Relationship |
|---|---|
| ENTIRE GUN COLLECTION | Donald Hughes, II Son |
| ENTIRE TOY COLLECTION | Donald Hughes, II Son |
| ENTIRE CONTENTS OF HOME | Kim Wilson — girlfriend |
| COMPUTER EQUIPMENT | Kim Wilson — girlfriend |
| NEW HARLEY DAVIDSON ROADKING | Kim Wilson — girlfriend |

From the Donald D. Hughes Sr. Living Trust, dated April 17, 2006

12

In October 2018 Donald Hughes Jr. filed a petition to examine the actions of Kim K. Wilson as trustee and to request distributions of Donald Sr.'s estate. Hughes Jr. filed the petition stating that the will had not been filed with the court. Based on Hughes Jr.'s admission, he was in possession of the Harley Davidson motorcycle intended for Wilson, as well as a 1935 Ford coupe that was part of his father's estate.

Donald Hughes, Jr. was bequeathed his father's guns and tools, but claimed he had received none of these things from Wilson. Hughes Jr., also mentioned $40,000 in silver in the petition, though no mention of the metal or Hughes Jr.'s right to it was found in Donald Hughes Sr.'s trust.

In January 2019, Kim K Wilson, filed her response and objection to Donald Hughes Jr.'s petition. She stated that Hughes Jr. was already in possession of some of the firearms that were owned by Donald Sr.'s trust. Wilson's response also stated and claim Hughes Jr. made against Wilson "should be denied any relief because of his own misconduct comprised of one or more of the following: breach of contract; tortious conduct; waiver; unclean hands, and/or laches."

---

**(Estoppel and Unclean Hands)**

20. Upon information and belief, Respondent contends that in the event that Petitioner proves some claim against Respondent, Petitioner should be denied any relief because of his own misconduct comprised of one or more of the following: breach of contract; tortious conduct; waiver; unclean hands, and/or laches. Accordingly, in the interest of justice, the Petitioner should be barred and/or estopped from asserting any right to relief.

---

Much of this probate case involved Hughes Jr. asking for an accounting of the estate, believing there was more there than Wilson stated and that he was entitled to it. Hughes Jr. also stated that the gun collection to which he was entitled was worth $200,000 and he had not received a single weapon. Wilson regularly reiterated Hughes Jr.'s possession of items that belonged to his father's estate. There was also argument over the tool collection, as each party had different definitions of what constituted a tool.

Donald Hughes Jr. did get the accounting of Donald Sr.'s estate through a judge's order. At the time of Donald Hughes Sr.'s death, his estate was worth approximately $153,000, most of it in vehicles.

After a both parties attended a mandatory settlement conference, they came to an agreement and the case was dismissed with prejudice on July 23, 2021.

# Right Connection Travel – The Donald Hughes Sr. Years

Right Connection, Incorporated was formed by Donald Hughes Sr. in Nevada in April 2001. Donald Hughes Sr.'s longtime girlfriend, Kim Wilson, managed customer relations for the company in the early years, escorting tour groups and answering questions online.

## *LSO Ltd. v Right Connection Inc.*

In 2008, LSO Ltd. sued Donald Hughes Sr. and Right Connection Inc. for trademark infringement, dilution of trademark, cyberpiracy, interception and disclosure of electronic communications, misappropriation of trade secrets, unfair business competition, false advertising, conversion, and interference with prospective economic advantage.

LSO specialized in marketing and sales of travel for couples interested in alternative lifestyles. The company started in 1974, originally hosting conventions and destination vacations. To communicate with their clientele in the pre-internet era, LSO assembled and maintained a tightly held mailing list of over 50,000 people involved or interested in alternative lifestyle events and travel.

## What Is Club Lifestyles?

Club Lifestyles is an all-inclusive online site offering members opportunities to meet, chat and correspond with other members, whether single men and women or couples. It includes online chat, private messages, message boards to post questions, statements and thoughts on any subject, personal e-mail account, news and views on travel, club events, conventions, swinging, or any other subject of interest. Members can post photos while chatting, in their personal (optional) profile, and in the gallery. Other features will be added from time to time. Club Lifestyles is the newest member of The Lifestyles Organization. Other members are the annual Lifestyles Convention, Lifestyles-East, Club WideWorld, PlayCouple Socials and Lifestyles Tours & Travel.

*LSO's Original clublifestyles.com web page in 2002.*

In 2001, LSO sought assistance in development of its online presence and website. They partnered with Donald Hughes Sr. and Right Connection to redesign and host the website at ***clublifestyles.com***. LSO provided its mailing list to RCI as part of its marketing push.

Once LSO's proprietary information was in possession, Right Connection apparently bought and registered a similar domain name: ***clublifestyle.com***, developed a competing website, used LSO's images and graphics, and redirected web traffic to their new site. Further, Right Connection used LSO's 50,000-customer mailing list for their own apparent gain, allegedly resulting in complaints of loss of anonymity from those on the list.

# Welcome to the Club Lifestyle web site. We have developed this web site to bring you closer to our fun vacation packages.

*Right Connection's copycat website clublifestyle.com*

Using the information allegedly taken from LSO, Donald Hughes Sr. and Right Connection apparently made false representations and claims toward agents and resort representatives that hurt LSO's business reputation and market share.

The events that transpired in Right Connection's partnership with LSO appear identical to the events that occurred in Right Connection's partnership with Desirous Parties Unlimited. RCI seemingly entered into an agreement, acquired proprietary information, purchased copycat domain names, built copycat websites and businesses, used proprietary information for their own gain, and interfered with their partner's business and trademarks.

### Similarities Between LSO v Right Connection, Inc. (2008) and Desirous Parties Unlimited v Right Connection, Inc. (2021)

| LSO v Right Connection, Inc. (2008) | Desirous Parties Unlimited v Right Connection, Inc. (2021) |
|---|---|
| Right Connection entered partnership and acquired confidential LSO client information. | Right Connection entered partnership and acquired confidential Desirous Parties client information. |
| Right Connection purchased clublifestyle.com, similar to LSO's clublifestyles.com. | Right Connection purchased dirty-vibes.com similar to Desirous Parties' dirtyvibes.com. |
| Right Connection created a competing website using LSO's graphics and images. Led confused customers to new website. | Right Connection created a competing website using Desirous Parties' graphics and images. Led confused customers to new website. |
| Right Connection used LSO's proprietary customer list for their own gain. | Right Connection used Desirous Parties' proprietary customer list for their own gain. |
| Right Connection interfered with trademarks held by LSO. | Right Connection interfered with trademarks held by Desirous Parties. |

*Right Connection Inc. v DPP Enterprises Inc.*

In 2012, Donald Hughes Sr. and Right Connection, Inc. found themselves on the plaintiff's side of the courtroom, when they sued DPP Enterprises Inc. for trademark infringement, common law unfair competition, and common law trademark infringement.

The crux of Right Connection's complaint was that DPP was using phrases on their website that were similar to those used on Right Connection's website, resulting in customers being wrongfully diverted away from the RCI website.

The charges made by Right Connection Inc. and Hughes Sr. were very similar to those levied against them in 2008. Back then they didn't see anything wrong with their actions but four years later, they considered the events to be wrongful and improper, according to their complaint:

In early 2011, Right Connection discovered that DPP had begun using the Lifestyles Trademarks to market and sell its own services. Specifically, and without limitation, DPP began using the phrases "Lifestyles Travel," "Lifestyles Tours," and "Lifestyles Vacations," as well as other terms and phrases that feature the word "lifestyles" in a manner that was and is confusingly similar to the Lifestyles Trademarks, on its website and in its advertising and promotional materials.

Right Connection is informed and believes, and on that basis alleges, that DPP also buys the foregoing terms and other variations of the term "lifestyles" that are confusingly similar to the Lifestyles Trademarks, without limitation, as "key words" in various Internet search engines (such as Google) so that customers who use such terms in Internet search engines will be directed to DPP's website instead of Right Connection's website

In this way, DPP is able to divert customers to its own website using Right Connection's Lifestyles Trademarks.

Right Connection is informed and believes and on that basis alleges that DPP is the only competitor of Right Connection that has engaged in such wrongful, improper and infringing conduct.

16

_Right Connection v Robert McGinley (2013)_

In 2013, Right Connection, Inc. filed a lawsuit against Robert McGinley, owner of LSO Ltd., who had sued Right Connection in 2008. In the complaint, Right Connection Inc. alleged trademark infringement, violation of section 43(a) of the Langham Act, violation of California Business & Professions Code Section 17200, common law unfair competition, common law trademark infringement, cyberpiracy, and breach of contract.

In this case, Donald Hughes Sr. and Right Connection Inc. stressed that McGinley used online search terms and language that were "confusingly similar" to those utilized by RCI. Ironically, these were some of the same charges Hughes Sr. and Right Connection Inc. were accused of when they sued in 2008.

The Subject Domain Names are identical and/or confusingly similar to Right

Connection's Lifestyles Trademarks.

However, five years later, Right Connection Inc. and Donald Hughes Sr. claimed that the act of using similar language "constituted intentional, willful, knowing, and deliberate trademark infringement."

Defendant's infringement of Right Connection's Lifestyles Trademarks

accordingly constitutes intentional, willful, knowing and deliberate trademark infringement.

Another prong in the 2008 lawsuit was Right Connection's purchase and use of a domain name and website that was very close to that of LSO Inc. This time in 2013, Right Connection stated that such actions were an act of "bad faith" to divert customers from Right Connection's website for personal gain. Further, Right Connection referred to the act of registering similar sounding and looking domain names as "cyberpiracy."

Defendant has registered the Subject Domain Names in bad faith to divert

consumers from Right Connection to Defendant's business for commercial gain by creating a

likelihood of confusion as to the source, sponsorship, affiliation and/or endorsement of websites

that Defendant may operate using the Subject Domain Names.

15 U.S.C.

    In doing the wrongful acts as alleged herein, Defendant is guilty of cyberpiracy

pursuant to 15 U.S.C. § 1125(d).

_Right Connection v Robert McGinley (2015)_

Two years later, Right Connection again sued Robert McGinley for similar charges of
**trademark infringement and cyberpiracy. In this complaint, Right Connection made note**
**of McGinley's purchase of domain names and operation of websites similar to those of**
**Right Connection. However, similar to their 2013 case, there was no mention of Right**
**Connection doing the same thing to McGinley and LSO back in 2008.**

In this 2015 complaint, Right Connection Inc. stated that Robert McGinley purchased
and used domain names that were very similar to those they owned. For example, Right
Connection owned _lifestylesholiday.com_ and Robert McGinley purchased
_lifestyleholidays.com_ for use in his own business.

In 2008, Right Connection did something similar, purchasing _clublifestyle.com_ to
compete with LSO's _clublifestyles.com_. In 2013, Right Connection called this practice
"cyberpiracy." In 2015, **they referred to the websites designed with similar domain**
**names as "offending websites."**

    The websites operated and maintained at such domain names are

referred to herein as the "Offending Websites." Right Connection is informed and

believes and on that basis alleges that Defendant is operating and maintaining the

Offending Websites for and on his own behalf, and/or the Offending Websites are

being operated and maintained by others acting in concert and participation with

Defendant and in conspiracy with Defendant.

18

Thus, by Right Connection's own definition, their website *dirty-vibes.com* is an "offending website" due to its stark similarity to Desirous Parties Unlimited's *dirtyvibes.com*.

The 2015 complaint also stated that McGinley's use of websites similar to those owned by Right Connection constituted false representation of trademark ownership that created confusion among consumers. Again, by Right Connection's own definition, their used of Desirous Parties Unlimited's "Dirty Vibes" trademark is a false representation of ownership designed to confuse consumers into utilizing Right Connection's fake website over those of the rightful trademark owner.

Right Connection is informed and believes, and on that basis alleges, that Defendant has falsely represented to the consumers, and continues to falsely represent to consumers, that Defendant, not Right Connection, owns trademark rights in the Lifestyles Trademarks and to the Lifestyles name.

In the present day, Right Connection is using Desirous Parties Unlimited's trademark "Dirty Vibes" to advertise and promote their own business. In 2015, Right Connection stated that such a practice was deceiving to the public.

Defendant's wrongful actions as alleged herein create a likelihood of confusion and have created actual confusion among consumers, and present the risk of deceiving the public into believing that Defendant has the right to use and/or owns rights in the term "Lifestyles" in the adult travel and entertainment industry, when that is not true.

In their 2015 complaint, Right Connection Inc. stated that McGinley's use of their trademarks, similar domain names, and copycat websites were in "conscious disregard" of Right Connection's rights.

What is an adequate punishment for an entity that steals proprietary information and passes it off to consumers as their own? According to Right Connection, an award of exemplary and punitive damages in an amount sufficient to punish and deter the offenders and make them an example to others.



Defendant committed the acts of unfair competition alleged herein intentionally, deliberately, maliciously, with intent to injure and oppress Right Connection, and in conscious disregard of the rights of Right Connection. Right Connection accordingly is entitled to an award of punitive and exemplary damages in an amount sufficient to punish and deter Defendant and make him an example to others.

## James Terhune – Right Connection, Inc. representative

James Allen Terhune was born in 1967 and grew up in Blacksburg, VA. He is the president of Right Connection Inc., having been with the entity since its formation in 2001.

Terhune was an early adopter in the use of the internet as a sales and marketing tool. In 1995, he purchased the domain name somfaw.com and founded Somfaw Data Services in Blacksburg, Virginia.

Despite the suggestive innuendo—SOMFAW is an online chat abbreviation for "Sit On My Face and Wiggle,"—Somfaw Data Services was a mainstream business providing full-service website development, hosting, and support for customers wanting a presence on the "World Wide Web."



SOMFAW DATA SERVICES

Client Listings

WWW Services

Links

{Clients} | {Web Services} | {Links}

This site is best viewed with Netscape Navigator. Download Netscape Now !"

Somfaw Data Services © 1996, All rights Reserved



Somfaw.com is still an active website. The domain is owned by Right Connection Inc.

20

Terhune also registered the domain name RightConnect.com in 1997, where he built the website "Right Connection" in 1998. Back then, Right Connection billed itself as "Your Internet Shopping Connection" selling kitchen items, electronics, and personal gifts.

By 2001, the website was no longer an online storefront, transitioning instead to offering website hosting and credit card payment processing for online vendors. Eventually, Terhune added other services like website design and a free website builder.





The RightConnect.com website is still active and offers credit card processing, website hosting, and merchant resources. Right Connection Inc. now holds the domain.

James Terhune holds license #3191857 with the Nevada Division of Insurance in conjunction with Right Connection's license #3191858 for travel insurance.



21

# Right Connection Inc.: Questionable Business Practices

After Donald Hughes Sr. passed away on May 19, 2017, Donald Hughes Jr. became vice president and operations manager of Right Connection, Inc., and James Terhune remained as president.

Despite the change in leadership, the company's pattern of questionable business practices continues. They apparently purchase similar domain names to their competitors, create copycat websites using proprietary trademarked and copyrighted information, steer competitors' clients to Right Connection websites, inflict financial and reputational damage on their competitors, and profit from their improper actions.

## Cyberpiracy

Right Connection Inc. has purchased over 500 domain names, most of which are similar to domain names of competitors or trademarked businesses. This practice is called cyberpiracy, which the U.S. House of Representatives defines as "the act of registering or using domain names that are identical of confusingly similar to trademarks with the bad-faith intent to profit from the goodwill of the trademarks."

### CYBERPIRACY

"The act of registering or using domain names that are identical of confusingly similar to trademarks with the bad-faith intent to profit from the goodwill of the trademarks."

*U.S. House of Representatives, 106th Congress, 1st Session, Report 106-412*

Right Connection Inc.'s registration of **dirty-vibes.com** to steer traffic away from the original **dirtyvibes.com** is the very definition of cyberpiracy. Most of the other 500+ domain names owned by the company are also used in cyberpiracy and typo squatting efforts against several other businesses.

One such example involves the hospitality conglomerate Original Group. This Mexican firm has been active in the hotel, cruise, vacation, and real estate industries for over 35 years.

One of Original Group's premier brands is Desire which offers clothing-optional resort and cruise experiences. The Desire brand is marketed through the website **desireresorts.com**. Guests are encouraged to book hotel rooms and vacations at Desire Resorts through their flagship website **desireresorts.com**.

A screen capture of the official Desire website is shown here:



*Original Group's official Desire Resorts page at **desireresorts.com** (above).*

Right Connections apparently purchased the similar looking **desire-resort.com,** designed a website very similar to Original Group's, and accepted guest bookings for Desire resorts.

Right Connection's apparent impostor Desire Resorts page does show a Right Connection Travel logo; however, it does not imply that the website belongs to Right Connection. In fact, the copycat website uses official Desire artwork and the same favicon (icon) logo as that of the true owner: Original Group.



*Right Connection, Inc's copycat webpage **desire-resort.com** (above).*

The footers of the official Original Group **desireresorts.com** home page and Right Connection's alleged fake **desire-resort.com** home page are very similar as well, leading to a strong possibility of customer confusion and loss of revenue when a booking meant for Original Group's Desire brand instead goes to Right Connection's copycat brand.

Here is the footer for the legitimate Desire brand at **desireresorts.com**:



*Real **desireresorts.com** footer (above).*

Here is the footer for the Right Connection, Inc.'s copycat website **desire-resort.com**:



*Right Connection's copycat website desire-resort.com footer (above).*

Nothing about the copycat footer implies that the web page is for a travel agency, and confused clients will book and give credit card information thinking they are dealing with the resort itself. Right Connection again apparently uses proprietary logos and artwork belonging to another entity. Further, Right Connection requests clients sign up for their newsletter, whereby apparently denying Original Group out of contact and marketing information for intended clients that were lost to Right Connection's apparent cyberpiracy.

The alleged fraud and misuse by Right Connection extends much farther than a single copycat website of the Desire brand. In reality, Right Connection's cyberpiracy and brandjacking of Original Group and Desire Resorts is extensive.

Right Connection Inc. owns the following domains and uses them to redirect traffic from Original Group websites and to their own similar-looking Right Connection websites. Each of these domains apparently redirects web traffic and potential clients away from Original Group generating the potential for extensive losses in booking revenue, market share and brand reputation.

## Desire Domains Owned by Right Connection Inc.

| | | |
|---|---|---|
| cancundesire.com | desire-pearl-resort.com | desiresecretsales.com |
| cancundesirepeat.com | desirepearlresortandspa.com | desiresexpeience.com |
| cancundesirepeat.com | desirepearlresortspa.com | desiresloscabos.com |
| cancupeat.com | desirepearls.com | desiresloscabos.info |
| cruisebyoriginal.com | desirepearl.com | desiresmexico.com |
| desire coupons | desirepearlresort.com | desiresmexico.info |
| desireauctions.com | desirepromos.com | desirespearlresort.com |
| desire-baja.com | desire-puertomorelos.com | desirespecials.com |
| desirebash.com | desirerentals.com | desirespuertomorelos.com |
| desireblogs.com | desirereservations.com | desiresresortcancun.com |
| desirebooking.com | desireresort.info | desiresresorts.com |
| desire-cabo.com | desireresort.us | desiresresorts.info |
| desirecancoon.com | desireresort vacations] | desiresrivieramaya.com |
| desirecancunresort.com | desireresortandspa.com | desiresrivieramaya.info |
| desirecouplescruise.com | desireresort-associates.com | desiressecretsale.com |
| desire-cruise.com | desireresortcabo.com | desiretakeovercruise.com |
| desirecruising.com | desireresortcabos.com | desirevacation.com |
| desirecruising.com | desireresortcancun.co | desirevacationrentals.com |
| desirecypermonday.com | desire-resort-cancun.com | desirevacations.com |
| desirecypersale.com | desireresortcruise.com | desire-vacations.com |
| desire-delpaimar.com | desireresortcruises.com | desire-villasdelpalmar.com |
| desire-forum.com | desireresortmexico.com | desrpt.me |
| desire-forums.com | desireresortmexico.com | desirm.me |
| desiregrand.com | desireresortpearl.co | dezirecancun.com |
| desiregrandniche.com | desireresort-pearl.com | dezireresort.com |
| desire-grandniche.com | desireresort-pearlcancun.com | dezire-resort.com |
| desiregrandniches.com | desireresort- | dezireresorts.com |
| desire-grandniches.com | puertomorelos.com | freedesirevacation.com |
| desireholiday.com | desireresort-rivieramaya.com | freedesirevacations.com |
| desire-holiday.com | desireresorts.co | pearlcancun.com |
| desire-holidays.com | desireresorts.info | peardesire.co |
| desirehotel.co | desireresorts vacations | peardesirehotel.com |
| desirehotel.com | desireresortsale.com | pearl-desire-resort.com |
| desirelifestylecruise.com | desireresortsecretsale.com | pearlresort.co |
| desiremansion.com | desire-resorts-mexico.com | pearlsresort.com |
| desire-mansion.com | desireresortspa.co | puntasamdesire.com |
| desiremexicoresort.com | desire-resort-spa.com | puntasamdesireresort.com |
| desiremiche.com | desireresorttsa.co | secretdesiresale.com |
| desire-miche.com | desireresorttsemerico.com | mansionbydesire.com |
| desirenew.com | desireresorttthemes.com | thedesiremansion.com |
| desirepalmar.com | desiresanjosedelcabo.com | wwwdesirecabo.com |
| desirepearl.co | desirescabo.com | wwwdesirecabos.com |
| desirepearl.com | desirescabo.com | wwwdesirerecabos.com |
| desirepeat.co | desirescaco.com | wwwdesirelloscabos.com |
| desirepearlcancun.com | desirescancoon.com | wwwdesirenrivieramaya.com |
| desirepearlcancun.com | desirescancun.com | wwwdesirenvieramaya.com |
| desirepearlhotel.com | desirescruise.com | |
| desirepearlmansion.com | desirescruises.com | |

25

Original Group also has another premier brand called Temptation. Right Connection has also apparently typo squatted dozens of those domains as well.

Original Group operates the website **temptation-experience.com**. Right Connection cyberpirated **temptationexperiences.com**.

*[handwritten: Miches    Not James (Oder Welsh)]*

## Temptation Domains Owned by Right Connection, Inc

| | | |
|---|---|---|
| michestemptation.com | temptationresort vacations | temptations-resort.com |
| puntacana-temptation.com | temptationresortandspa com | temptationsresort.vacations |
| temptation vacations/ | temptationresortcancun.com | temptationsresortandspa.com |
| temptationcabo.com | temptationresort-cancun.com | temptationsresortcancun.com |
| temptationcabo.com | temptationresort-mexico.com | temptationsresort-puntacana.com |
| temptation-cabo.com | temptationresort-miches.com | temptationsresorts.co |
| temptationcabos.com | temptationresortsmiches.com | temptationtower.com |
| temptationcancun.co | temptationresorts-miches.com | temptation-tower.com |
| temptationcancun.co | temptations.vacations | temptation-tower-experience.com |
| temptationcyber.com | temptation-sailjose.com | thetowertemptation.com |
| temptationcyber.com | temptationscyber.com | toweratemptation.com |
| temptationdominica.com | temptationscyber.com | tower-experience.com |
| temptationdominica.com | temptationscybersale.com | ttrcabo.com |
| temptationdominican.com | temptations-dominicanrepublic.com | ttrcabos.com |
| temptationdomonicanrepublic.com | temptationsexperience.com | ttrcancun.com |
| temptationexperiences.com | temptations-experience.com | ttr-cancun.com |
| temptationforms.com | temptationsforum.com | ttrmiche.com |
| temptationgrand.com | temptationsjonewild.com | ttr-miche.com |
| temptationgrand.com | temptationsmexico.com | ttrmiches.com |
| temptationgrandmiches.com | temptationsmexico.com | ttr-miches.com |
| temptationgrandmiches.com | temptationsmiche.com | ttrpunta.com |
| temptationmexico.com | temptationsmiches.com | ttrpuntacana.com |
| temptationmiche.com | temptationsmiches.com | ttr-resort.com |
| temptationmiche.com | temptations-miches.com | ttr-resorts.com |
| temptation-miche.com | temptations-puntacana.com | |
| temptation-playground.com | | |
| temptation-puntacana.co | | |

One of the locations in the Temptation brand is Miches in the Dominican Republic. The Original Group resort attempted to have its grand opening in October 2022, but was delayed.

Right Connection Inc. has already seemingly cybersquatted numerous domain names related to the Temptation Miches brand that they do not even own, allowing them to apparently take bookings and revenue from Original Group even before the resort opened for business.

# TEMPTATION MICHES RESORT

**THE ADULT-ONLY GETAWAY WHERE YOU CAN PLAY YOUR WAY!**

**GRAND OPENING OCTOBER 2022**

*Original Group advertisement for Temptation Miches.*

Right Connection's tactic of acquiring similar domain names also seemingly affects other competitor travel brands including the Bliss series of cruises, Breathless resorts, and Hedonism resorts.

## Bliss Domains Owned by Right Connection, Inc

blisscouplescruise.com
bliss-cruise.com
blisscruiseflorida.com
blisscruiseship.com
blisslifestylecruise.com

## Breathless Domains Owned by Right Connection, Inc

breathless-cabo.com
breathless-cabosanlucas.com
breathless-cancun.com
breathlesshotel.com
breathless-impression.com
breathlessjamacia.com

breathless-jamacia.com
breathless-loscabos.com
breathlessmexico.com
breathless-mexico.com
breathless-montegobay.com
breathlessmontego.com
breathless-playa.com

breathless-playadelcarmen.com
breathless-resorts.com
breathless-rivieracancun.com
breathlessrivieramaya.com

## Hedonism Domains Owned by Right Connection, Inc

hedo-ii.com
hedoii-negril.com
hedoiinegril.com
hedo-negril.com
hedonismii-ochorios.com
hedonismiiresort.com
hedonismiivacation.com

hedonismiivacation.com
hedonismii-negril.com
hedonismiiresort.com
hedonismii-resort.com
hedonismvacation.com
hedonism-negril.com
hedonism-ochorios.com
hedonism-resorts.com

hedonism-tours.com
hedonismii-resort.com
hedo-resort.com
hedoresort.com
hedo-resorts/com
hedo-travel.com
hedotravel.com

27

## Violation of Affiliate Rules

Original Group has an affiliates program designed for travel-related businesses to monetize their own websites by promoting Original Group resorts and cruises. Affiliates put Original Group brand links and banners on their websites and apparently earn commissions for each customer referred to Original Group from the affiliate accounts.

The affiliates in this program are referred to as "Certified Partners," and they are considered official representatives of Original Group in promotion of their brands. Affiliate websites for Original Group are designated by their Certified Partner badges for Desire and Temptation respectively.

### Original Group is proud to present our official Certified Partner Badge





Right Connection Inc. does not appear to have either of the Certified Partner badges on their copycat Desire and Temptation websites. This is possibly because their business practices go against many of the rules and requirements for Original Group certified partners.

The first rule Right Connection Inc. apparently violated in Original Group's affiliate program was the purchase and use of domains that include the names of Desire or Temptation resorts directly in the URL.

## PURCHASE AND USE OF DOMAINS



www.desireresorttravel.com

The use of domains that include the name of our brands and/or resorts is strictly prohibited

Right Connection Inc. owns and operates many domains that include Desire and Temptation in dozens and dozens of different combinations.



www.travelvacations.com/desire

Original Group's certified partners program also prohibits affiliates from using content that is confusing or misleading. Copy-and-paste of proprietary text is prohibited, and affiliates are instructed to create original text for their websites.

The example of the "wrong" type of content creation in the affiliate handbook illustrates that possessive language such as "our deluxe, all-inclusive program" is incorrect, as it is liable to lead to brand confusion between Original Group and the affiliate website.

**Copy and paste in your website:**



The couples-only Desire Riviera Maya Pearl Resort, invites you to enjoy **our** deluxe, all inclusive program and the most seductive clothing-optional vacation ever.

**Original text in your website:**



Desire Riviera Maya Pearl Resort has the perfect atmosphere to all that want to enjoy sensuality. Live your desires.

Right Connection apparently violates this affiliate rule as well. In their seemingly copycat website, desire-resort.com, they refer to the resort lodging as "our rooms," implying that they own the Desire brand and the resorts.



**Superior Garden View**

Our 10 Superior Garden View Rooms, decorated with exquisite taste, including gold and chocolate accents that perfectly blend with the sensual concept of Desire. Each room includes special amenities as well as additional living area, giving you more space and ensuring that you have an unforgettable stay.

1 King bed

ROOM DETAILS

*Description of Desire-brand hotel room on Right Connection's copycat website desire-resort.com.*

Original Group also states that duplicating the structure of their websites and other communications is strictly prohibited. Again, the conglomerate is very clear about what constitutes duplication. Again, Right Connection seemingly commits an obvious and egregious violation of the Original Group certified partner program with their copycat websites that mimic the real thing.

# ONLINE IMAGE

Duplicating the structure of our websites, e-mailings, newsletters, or any other type of communication whether digital or print, is strictly prohibited.

*Original Group Certified Partner Program Book*

The certified partner program also addresses social media and icon use. Original Group explicitly prohibits affiliates to use the Original Group logo as an icon.

Right Connection Inc. flagrantly uses Original Group's proprietary Desire logo on their copycat website.

Here is the Desire logo as it appears in the top left as a browser search tab of the legitimate **desireresorts.com**:



*Desire logo as shown in browser for Original Group's website desireresorts.com.*

Here is the Desire logo as it appears in the top left as a browser search tab of Right Connection's fake website **desire-resort.com**:



*Desire logo as shown in browser for Right Connection's copycat website desire-resort.com.*

ORIGINAL GROUP

# Summary: Right Connection Inc. in Their Own Words

Right Connection Inc. has a distinct pattern of operations when it comes to competitors. They enter into partnerships, acquire proprietary information, copy and imitate the partner website, then take their partner's revenue and business.

Right Connection knows these practices are wrong. They say so in their own words.

| What Right Connection Does | What Right Connection Says |
|---|---|
| Purchases and uses domain names similar to those of others in the travel industry. | Calls this act "cyberpiracy" <br> *Right Connection Inc. v Robert McGinley (2013)* |
| Builds copycat websites mirroring competitors including LSO Inc., Original Group's Desire and Desirous Temptation brands, and Parties <u>Unlimited</u>'s Dirty Vibes brand. | Calls these copycat websites "offending websites," in their 2015 case against Robert McGinley. <br> *Right Connection Inc. v Robert McGinley (2015)* |
| Uses their copycat websites to obtain booking revenue intended for legitimate travel company websites. | Says this practice has created "actual confusion" among consumers, and that it leads to a false representation that the copycat websites are the actual owners of the legitimate brands. <br> *Right Connection Inc. v Robert McGinley (2015)* |
| Uses trademarks belonging to others in their copycat websites and promotional advertising. | Says this practice irreparably harms the legitimate owners and causes "serious damage" to their trademarks. <br> *Right Connection Inc. v Robert McGinley (2013)* |

This is a cycle, and Right Connection Inc. keeps perpetuating it.

They did it in the 2000s. They did it in the 2010s. And now they are doing it in the 2020s. They apparently do not have their own business model. They just seemingly use the businesses belonging to others for their own ill-gotten gains.

Donald Hughes Jr. and Right Connection Inc.'s apparent misuse and misappropriation of the Dirty Vibes brand belonging to Desirous Parties Unlimited is the most recent rotation of this brandjacking cycle.

The Dirty Vibes brand Desirous Parties Unlimited has been significantly affected by Right Connection's trademark misuse by way of threats, reputation damage, and loss of revenue.

However, the Right Connection Inc. landscape of misappropriation is much wider. Their creation of brand confusion seemingly diverts revenue away from legitimate businesses and leads unsuspecting customers to provide sensitive personal and financial information believing they are booking directly with resorts.

The events surrounding the Dirty Vibes brand are not a one-time trademark dispute. This is a clear, historic, well-documented pattern of seemingly questionable actions by Right Connection. This cycle will continue until someone stops it.



RIGHT CONNECTION BRANDJACKING CYCLE

RIGHT CONNECTION MARKETS TO CONFUSED CONSUMERS, REPEATS PROCESS INDEFINITELY

PURCHASE DOMAINS AND TRADEMARKS SIMILAR TO COMPETITORS

CREATE COPYCAT WEBSITES SIMILAR TO COMPETITORS

REDIRECT CONFUSED CONSUMERS TO COPYCAT WEBSITES

CONFUSED CONSUMERS UNKNOWINGLY BOOK TRAVEL WITH RIGHT CONNECTION

RIGHT CONNECTION TAKES REVENUE AND CONTACT INFORMATION MEANT FOR COMPETITORS

## Conclusion

Thank you for the opportunity to investigate this issue. If you have any questions on the process or this report, please contact me at amy@raincrossassociates.com.

*Amy Lenertz*

Amy Lenertz, MLIS, MS, CFE
TX PI LIC #00413609

Raincross Associates, LLC
1717 W 34th St., #600-180
Houston, TX 77018
TX PI LIC #A17858501

33