# EXHIBIT B

**DECLARATION OF ZEEV HASKAL**

I, ZEEV HASKAL, declare as follows:

1.    I am a licensed investigator in the state of California, and founder of Mega Group Investigations, a full service intelligence and risk management firm.

2.    I have personal knowledge of the facts set forth herein, except as to those stated on information and belief as permitted by California *Code of Civil Procedure* § 36.5 and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3.    I was hired to investigate the authenticity of the Facebook posts on the Right Connection Travel Facebook page, specifically:

   a.  the post dated November 16, 2017 located at
       https://www.facebook.com/RightConnectionsTravel/posts/pfbid025QNrLb4tcxpoQZvcf3bPh2LQLdzhHYHjv59vDTSghYW9a5yMvCecchp1rNmKutCdl

   b.  the post dated November 17, 2017 located at
       https://www.facebook.com/RightConnectionsTravel/posts/pfbid0Hzzcmf9Jr6TA2EzrKLR1CxpJ2rEptku95fGnWGvQF27oFp2hFMJYaEkDnMHv3UV1l

4.    Specifically, we were asked to confirm the posting date of the above posts.

5.    After investigating the data online publicly available data in connection with the two posts, my opinion is that both posts have been backdated.

6.    The tell-tale sign is the little clock icon next to the date. If the post has no clock icon, the post date has not been updated. If the clock icon is present, it means the post's date was edited; hovering over the clock icon tells the actual published date.

7.    Attached as **Exhibit A** is our written report.

8.    Also attached is a tutorial video we prepared to provide an example of a standard Facebook post that is later edited and thereby causing the clock icon to appear. Notice that after the video creator changes the data, the clock icon shows up next to the backdated date on the post.

DPU 001272

9.     The following is a link on Facebook that provides additional information related to editing posting dates. https://www.facebook.com/help/mobile-basic/301591769889792

10. My contact information is as follows:

Zeev Haskal
Partner
MEGA GROUP PRIVATE INVESTIGATIONS, INC.
818-392-5740  Main Line
818-392-5755  Facsimile
323-854-1227  Cellular

_____
ZEEV HASKAL

**DECLARATION OF ZEEV HASKAL**

DPU 001273

# EXHIBIT A- REPORT

DPU 001274



**Dirty Vibes**
Case ID: 4444988441831490122
May 22, 2023

**Mega Group Investigations**

Investigator Information

Brandon Benallie

Analyst

DPU 001275

Deliverable Summary

## FacebookCapture Items

**User Account Summary**

Dirty Vibes
Total                                          2



| Field Name | Value |
|---|---|
| Ingesting Scanner Version | 7.0.0.36 |
| MD5 hash | 5691F81423C0FE47669F941F4A54AB8C |
| PostLink | https://www.facebook.com/RightConnectionsTravel/posts/pfbid0Hzzcmf9Jr6TA2EzrKLR1CxpJ2rEptku9 5fGnWGvQF27oFp2hFMJYaEkDnMHv3UV1l |
| URI | facebook://-1555883855/5/0/100074244535092ZUserAccount/webwallitem/0/pfbid0Hzzcmf9Jr6TA2E zrKLR1CxpJ2rEptku95fGnWGvQF27oFp2hFMJYaEkDnMHv3UV1l/ |
| Source | Facebook |
| MD5 hash version | v6 |
| PostID | pfbid0Hzzcmf9Jr6TA2EzrKLR1CxpJ2rEptku95fGnWGvQF27oFp2hFMJYaEkDnMHv3UV1l |
| Created Date | December 11, 2017 |
| Edited Date | November 17, 2017 |

     

**Right Connections Travel**
November 16, 2017 ·

Special for today only! Book any of our group packages that are coming up and receive a $200 Right Connections Voucher for a future reservation. While supplies last! (Some restrictions may apply, not valid on black-out dates, voucher not valid for Takeovers or Group Events, You must complete travel to receive voucher) Call us at 877-225-5576



3 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...

DPU 001279

Item: SOURCEID_05980_0000000005 (Metadata)

| Field Name | Value |
|---|---|
| Ingesting Scanner Version | 7.0.0.36 |
| MD5 hash | D3BFA239F1BAF28ED9A18FA4303E3861 |
| PostLink | https://www.facebook.com/RightConnectionsTravel/posts/pfbid0rjfRRSXmsMSUbkeQcxhfTvXedFkm43RqJCajw2p4CophdtgxhtqqdmnBKwAcgMYl |
| URI | facebook://-1555883855/1/0/100074244535092ZUserAccount/webwallitem/0/pfbid0rjfRRSXmsMSUbkeQcxhfTvXedFkm43RqJCajw2p4CophdtgxhtqqdmnBKwAcgMYl/ |
| Source | Facebook |
| MD5 hash version | v6 |
| PostID | pfbid0rjfRRSXmsMSUbkeQcxhfTvXedFkm43RqJCajw2p4CophdtgxhtqqdmnBKwAcgMYl |
| Created Date | December 28, 2017 |
| Edited Date | November 16, 2017 |

DPU 001280

## Indications of a Facebook Post Having Been Backdated

Facebook offers the option to edit/change the date of a Facebook Page post to an earlier date. Facebook will not allow a user to change a post's date to a date and time before the Facebook Page itself was created. A Facebook Page post will indicate its original date was changed by adding an icon that looks like a clock's face next to the displayed date of the post. If a user hovers their cursor over the clock icon, it will display the actual created date of the post and not the displayed/backdated date.

As a Proof of Concept, pages eight through twelve of this document will show what a Facebook Page post looks like before its date is changed and how it looks after the date has been edited/backdated.

In the following screenshots, a Facebook Page post was created on May 21, 2023 8:46 PM. The post's date was then edited/backdated to May 21, 2023 8:22 PM. Before the post's date was edited, there is no clock icon. After the post's date is edited, the clock icon is displayed next to the edited/backdated date.









