# EXHIBIT C

DocuSign Envelope ID: A065EC79-BCBC-4E9F-A633-2F27A4347153

1  Gregory P. Goonan
   *Admitted Pro Hac Vice*
2  **THE AFFINITY LAW GROUP®**
   5230 Carroll Canyon Road, Suite 230
   San Diego, CA 92121
3  Telephone: (858) 412-4296
   Email: ggoonan@affinity-law.com
4
   Eric R. Olsen, Esq.
5  Nevada Bar # 3127
   **GARMAN TURNER GORDON**
6  7251 Amigo Street, Suite 210
   Las Vegas, NV 89119
7  Telephone: (725) 777-3000
   Email: eolson@gtg.legal
8
   Attorneys for Defendants
9  Right Connection, Inc. and Donald D. Hughes II

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., et al,<br><br>Defendants. | CASE NO. 2:21-cv-01838-GMN-BNW<br><br>**DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED** |

I, James Terhune, state as follows for my declaration:

1. I am the President of Right Connection, Inc. ("Right Connection"), one of the named defendants in this matter. I offer this declaration in support of Defendants' opposition to the motion for preliminary injunction by plaintiff Desirous Parties Unlimited Incorporated ("Plaintiff").

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently thereto.

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

1

EXHIBIT 101
DATE 5/25/23
WITNESS: HUGHES/TERHUNE
PAGE(S)

Case 2:21-cv-01838-GMN-BNW    Document 155-3    Filed 08/22/25    Page 3 of 9
DocuSign Envelope ID: A085EC79-BCBC-4E95-A633-2F37A4247153
Case 2:21-cv-01838-GMN-BNW    Document 43-1    Filed 02/04/22    Page 2 of 8

## RIGHT CONNECTION'S BUSINESS

3.  Right Connection is a Nevada corporation with its principal place of business in Las Vegas, Nevada. Right Connection is an online travel business that arranges and sells adult-oriented travel, vacations, and cruises, and also is involved in specialty web application development, hosting and networking.

4.  "Adult-oriented" travel means travel for adults interested in vacationing with other adults involved in alternate lifestyles such as swinging, travelling to clothing-optional resorts, and similar types of adult travel.

5.  Right Connection has been in business since 2001. It is an industry leader in providing travel services and related services for individuals and couples desiring adult travel and vacation packages. Right Connection provides its services in three ways:

6.  Free Form Independent Travel (FIT): FIT services are individual travel arrangements. Right Connection works with individuals and small groups interested in adult-oriented travel to make appropriate travel arrangements. This is what a traditional travel agency would do.

7.  Right Connection also works with larger groups who want to go on adult-oriented trips. Such groups typically go on trips centered on particular holidays (such as Halloween) or special events (like bachelorette parties). In such case, Right Connection will make arrangements with an appropriate resort to block a group of rooms (usually 20-25 rooms) so the entire travelling party can stay together.

8.  The customers who travel on trips where Right Connection has blocked a group of rooms expect that they will be able to attend parties and events at the resorts where the stay. Such events are hosted by the resorts themselves and not Right Connection.

9.  Resort Takeovers: Right Connection also provides travel services and travel packages for groups larger than the groups who travel to resorts where Right Connection has blocked a group of rooms. In such case, Right Connection does a resort "takeover." This means

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

2

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

Case 2:21-cv-01838-GMN-BNW   Document 155-3   Filed 08/22/25   Page 4 of 9
DocuSign Envelope ID: A065EC79-DCBC-459E-A633-2F27A4247153
Case 2:21-cv-01838-GMN-BNW   Document 43-1   Filed 02/04/22   Page 3 of 8

that Right Connection enters into a contract with a resort by which Right Connection buys a large group of rooms and then resells the rooms to its customers. A resort takeover requires a formal written contract with a significant upfront payment and other milestone payments up to the date of the takeover, and involve a substantial financial commitment by Right Connection.

10. The resort takeovers are done at resorts in Mexico and usually are scheduled to coincide with holidays (like Cinco de Mayo or Halloween) or a particular event (like a music festival or costume party hosted by Right Connection). When it does a resort takeover, Right Connection itself (rather than the resort as is done with the room blocks) provides the entertainment activities to its customers. Right Connection's events are essentially adult parties. There is a DJ playing music, games, food and drink specials, and various other related activities.

11. The events put on by Right Connection are not stand-alone events for which a customer must purchase a ticket or otherwise pay to attend. On the contrary, the events are provided as a benefit for Right Connection's customers that have travelled to a particular resort on trips booked by Right Connection.

RIGHT CONNECTION'S CREATION, ADOPTION AND USE OF THE DIRTY VIBES MARK

12. Right Connection had done several successful resort takeovers and corresponding entertainment events at Mexican resorts before 2017.

13. In 2017, Right Connection decided that it wanted to expand its resort takeover business starting in 2018. As part of its plan to do so, Right Connection determined that it wanted to create and adopt a new brand name to describe and market its resort takeover trips and related entertainment events.

14. Ultimately, Donald D. Hughes, Right Connection's operations manager, created the name "Dirty Vibes" as the brand name for Right Connection's events.

15. Right Connection began using the Dirty Vibes trademark at least as early as November 16, 2017. On such date, and again on November 17, 2017, I personally placed

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

3

Case 2:21-cv-01838-GMN-BNW   Document 155-3   Filed 08/22/25   Page 5 of 9
DocuSign Envelope ID: A065EC79-BCBC-4F95-A633-2F27A4347153
Case 2:21-cv-01838-GMN-BNW   Document 43-1   Filed 02/04/22   Page 4 of 8

descriptions on Right Connection's Facebook and social media pages for the Dirty Vibes Music Fest 2018, to be held from July 31, 2017 to August 5, 2017 at the Desire Pearl resort in Cancun.

16. Plaintiff argues that the November 16, 2017 date that Right Connection first used the Dirty Vibes trademark is incorrect because the Dirty Vibes advertising flyer on the Facebook pages on which Right Connection first advertised the 2018 Dirty Vibes Music Fest was not created until late November 2017. Relying on the supposed editing history of Right Connection's Facebook pages, Plaintiff contends that the flyer advertising the event was not placed on Right Connection's Facebook pages until December 2017.

17. Plaintiff's opinion is misleading. While it may be true that the advertising flyer was not placed on Right Connection's Facebook pages until December 2017, that does not mean that Right Connection did not use the Dirty Vibes trademark to advertise and promote the 2018 Dirty Vibes Music Fest before December 2017. On the contrary, as I stated above, I personally placed descriptions of the 2018 Dirty Vibes event on Right Connection's Facebook pages on November 16, 2017 and November 17, 2017. The December 2017 date referenced by Plaintiff was simply an update to the Facebook pages where Right Connection uploaded the advertising flyer.

18. Unfortunately, Right Connection is not able to provide copies of its original Facebook pages to the Court. In 2021, Plaintiff's lawyers contacted Facebook and induced Facebook to take down and ultimately destroy the Facebook pages used by Right Connection and its employees to market and promote its various events and brands. This resulted in the destruction of such Facebook pages.

19. Plaintiff's conduct in getting Facebook to take down and destroy the Facebook pages it uses has been very damaging to Right Connection's business. Right Connection advertised and promoted events that it hosts under other brand names in addition to the Dirty Vibes Mark. Because of Plaintiff's interference, Right Connection cannot use the destroyed Facebook pages to promote any of its services.

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

4

Case 2:21-cv-01838-GMN-BNW   Document 155-3   Filed 08/22/25   Page 6 of 9
DocuSign Envelope ID: A065EG79-BCBC-4E9E-A633-2F37A4347153
Case 2:21-cv-01838-GMN-BNW   Document 43-1   Filed 02/04/22   Page 5 of 8

## RIGHT CONNECTION'S RELATIONSHIP WITH PLAINTIFF AND MR. MATLOCK

20. Neither Plaintiff nor Mr. Matlock independently put on Dirty Vibes events at Right Connection's resort takeovers. On the contrary, Right Connection retained Plaintiff and Mr. Matlock as contractors to work for Right Connection and do the Dirty Vibes events.

21. Before working for Right Connection, Mr. Matlock worked for Dream Pleasures, a competitor of Right Connection, at resort events hosted by Dream Pleasures. Mr. Matlock therefore had access to and connections with the DJs, vendors, suppliers, entertainers, and performers needed for Right Connection's Dirty Vibes events. This was a significant inducement to Right Connection to hire Plaintiff and Mr. Matlock.

22. The contracts for the resort takeovers and Dirty Vibes events were in the name of Right Connection, not Plaintiff or Mr. Matlock. Consequently, all of the financial commitment and risk of the resort takeovers and Dirty Vibes events was on Right Connection, not Plaintiff or Mr. Matlock.

23. Submitted as Exhibit 3 is a true and correct copy of the original contract for the 2018 Dirty Vibes event which was sent on November 30, 2017 and submitted as Exhibit 4 is a true and correct copy of the final version of the contract which was signed on December 6, 2017.

24. Right Connection paid all expenses incurred in connection with the Dirty Vibes events. To the extent that Plaintiff or Mr. Matlock themselves incurred any expenses, Right Connection reimbursed them for all expenses. So neither Plaintiff nor Mr. Matlock came out of pocket for any expenses for the Dirty Vibes events.

25. Right Connection collected all customer payments in connection with the resort takeovers where the Dirty Vibes events were held.

26. As compensation for their work, Right Connection paid Plaintiff and Mr. Matlock 50% of the net profit from each Dirty Vibes event at which Mr. Matlock worked.

27. The compensation that Right Connection paid to Mr. Matlock for his work at Right Connection's Dirty Vibes events is documented by IRS Form 1099s (the form used to report

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

5

Case 2:21-cv-01838-GMN-BNW    Document 155-3    Filed 08/22/25    Page 7 of 9
DocuSign Envelope ID: A065EC79-DCBC-4F95-A633-2F27A4347153
Case 2:21-cv-01838-GMN-BNW    Document 43-1    Filed 02/04/22    Page 6 of 8

1  independent contractor compensation) issued by Right Connection to Plaintiff each year for the
2  work Mr. Matlock did for Right Connection. [Terhune Dec. ¶ __ and Exhibit 10.]
3      28.   Submitted as Exhibit 10 are true and correct copies of the Form 1099s issued by
4  Right Connection to Plaintiff to document the compensation that Right Connection paid to Plaintiff.
5      29.   Plaintiff claims in its moving papers that it registered the www.dirtyvibes.com
6  domain name "at its sole cost and expense." That statement is false.
7      30.   Mr. Matlock actually purchased the www.dirtyvibes.com domain name from an
8  individual who previously had registered it. Right Connection reimbursed Mr. Matlock for the
9  funds he spent to acquire the www.dirtyvibes.com domain name.
10     31.   Submitted herewith as Exhibit 15 are true and correct copies of two statements sent
11 by Right Connection to Mr. Matlock to provide him with an accounting of various charges and
12 payments in connection with the Dirty Vibes events. As reflected in Exhibit 15, Right Connection
13 provided Mr. Matlock credits in the amount of $6,305.00 to reimburse him for the cost of acquiring
14 the www.dirtyvibes.com domain name.

## DAMAGE TO RIGHT CONNECTION AND SECURITY

16     32.   Right Connection will suffer substantial monetary and other damages if the Court
17 issues the injunction sought by Plaintiff and it turns out that such injunction was wrongfully issued.
18     33.   The Dirty Vibes trademark is a valuable business asset owned by Right Connection
19 and represents the substantial good will that Right Connection has gained from putting on Dirty
20 Vibes events.
21     34.   Right Connection put on three Dirty Vibes events after it stopped working with
22 Plaintiff and Mr. Matlock: in April 2021, August 2021, and October 2021. All three events were
23 highly successful and added to the name recognition, monetary gain, and goodwill that Right
24 Connection gains from use of the Dirty Vibes trademark.

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

35. Right Connection already has signed contracts, made arrangements, and paid out substantial funds to put on three Dirty Vibes events in 2022. Such events will be held on April 26 – May 1, 2022; July 26 – July 31, 2022; and October 25 – October 30, 2022.

36. Right Connection already has paid for a substantial amount of customer "swag" which prominently features the Dirty Vibes trademark. Such items are sunglasses, flip-flops, hats, bags, and can/bottle cozies.

37. If the Court enters the injunction sought by Plaintiff, Right Connection will not be able to distribute such items and will consequently suffer out-of-pocket losses of at least $13,500.00.

38. Right Connection also will have to pay to create and print new pop-up banners, large pool banners, lighting gobos, and table cloth covers if the Court enters the injunction sought by Plaintiff. I estimate such costs would be at least $12,000.00.

39. Based on Right Connection's experience when Plaintiff and Mr. Matlock contacted Right Connection's customers to try to induce them to cancel their reservations with Right Connection, I expect that at least 50% of the current reservations will be cancelled if Right Connection cannot market and host such events as Dirty Vibes events. This is so because, as reflected in some of the messages from Right Connection's customers submitted as Exhibit 13, many customers pay for and come to the resort takeovers because of the Dirty Vibes events.

40. Because it already has signed contracts for the 2022 Dirty Vibes events, Right Connection still must pay for the rooms for the cancelled reservations. If, as Right Connection expects, 50% of the customers will cancel, Right Connection expects that it suffer damages of at least $464,884.00. And this does not take into account the loss of goodwill with the resorts and customers if Right Connection must change the name of its Dirty Vibes events at this late date.

/././

/././

DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED

7

41.     Based on the foregoing, Right Connection requests that the Court order security of at least $490,000.00 if the decides to issue the injunction sought by Plaintiff.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 4, 2022 Las Vegas, Nevada.

DocuSigned by:

*James A Terhune*

James Terhune

**DECLARATION OF JAMES A. TERHUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFF DESIROUS PARTIES UNLIMITED INCORPORATED**

8