

1  Gregory P. Goonan
   *Admitted Pro Hac Vice*
2  **THE AFFINITY LAW GROUP®**
   5230 Carroll Canyon Road, Suite 230
3  San Diego, CA 92121
   Telephone: (858) 412-4296
4  Email: ggoonan@affinity-law.com

5  Eric R. Olsen, Esq.
   Nevada Bar # 3127
6  **GARMAN TURNER GORDON**
   7251 Amigo Street, Suite 210
7  Las Vegas, NV 89119
   Telephone: (725) 777-3000
8  Email: eolson@gtg.legal

   Attorneys for Defendants
9  Right Connection, Inc. and Donald D. Hughes II

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12

13  DESIROUS PARTIES UNLIMITED                )  CASE NO.  2:21-cv-01838-GMN-BNW
    INCORPORATED,                             )
14                                            )  **MOTION IN LIMINE BY DEFENDANTS**
                                              )  **RIGHT CONNECTION, INC. AND**
15              Plaintiff,                    )  **DONALD D. HUGHES II TO SPECIFY**
                                              )  **THE ISSUES TO BE DETERMINED BY**
16  vs.                                       )  **THE COURT AND THE JURY AND**
                                              )  **DETERMINE THE PROCEDURE TO BE**
17  RIGHT CONNECTION, INC., et al,            )  **FOLLOWED**
                                              )
18              Defendants.                   )  **[DEFENDANTS' MOTION IN LIMINE NO.**
                                              )  **3 OF 9]**
19                                            )
                                              )  **HEARING REQUESTED**
20  _____  )

21

22

23

24

25

26

27  **MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II TO
    SPECIFY THE ISSUES TO BE DETERMINED BY THE COURT AND THE JURY AND DETERMINE THE
28                          PROCEDURE TO BE FOLLOWED
                    [DEFENDANTS' MOTION IN LIMINE NO. 3 OF 9]**

*(left margin, vertical)* THE AFFINITY LAW GROUP® 5230 Carroll Canyon Road, Suite 230 San Diego, CA 92121 (858) 412-4296

## MOTION

Defendants Right Connection, Inc. ("Right Connection") and Donald D. Hughes II (collectively "Defendants") file this motion in limine to obtain an order from the Court specifying the issues to be decided by the Court and setting forth the procedure that the Court wishes to follow to determine the issues that the Court will decide.

This motion is based on this notice of motion and accompanying memorandum of points and authorities, the files and records in this matter, and all other matters that the Court may properly consider in connection with this motion.

DATED: August 22, 2025                    THE AFFINITY LAW GROUP

By:  /s/ Gregory P. Goonan
    Gregory P. Goonan, Esq. (*admitted pro hac vice*)
    5230 Carroll Canyon Road, Suite 230
    San Diego, CA 92121
    Telephone: (858) 412-4296

GARMAN TURNER GORDON LLP

By:  /s/ Eric R. Olsen
    Eric R. Olsen, Esq. (Nevada Bar # 3127)
    7251 Amigo Street, Suite 210
    Las Vegas, NV  89119
    Telephone: (725) 777-3000

    *Attorneys for Defendants*
    *Right Connection, Inc. and*
    *Donald D. Hughes II*

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

## MEMORANDUM OF POINTS AND AUTHORITIES

### PRELIMINARY STATEMENT

Plaintiff has demanded a jury trial in this matter.  However, there are certain claims and issues in this case for which there is no right to a jury trial and which the Court therefore must decide.  Defendants bring this motion in limine to obtain an order specifying exactly the issues the Court will decide and setting forth the procedure the Court wishes to use to determine such issues.

### DISCUSSION

1.    Issues To Be Decided By The Court

Plaintiff's Count V - Breach of Contract Against Defendant Hughes Personally:  Count V of Plaintiff's Complaint is a breach of contract claim asserted against defendant Hughes personally as well as defendant Right Connection, Inc.  [ECF 1 at 11:22 – 12:4.]  Defendants sought summary judgment against Plaintiff's contract claim against Hughes personally because Hughes is not a party to the contract at issue.  However, the Court denied Defendants' request for summary judgment on the contract claim against Hughes, finding that there was a triable issue of fact on Plaintiff's allegation that Hughes is the alter ego of Right Connection.  [See ECF 139 at 12:12-21.]

Plaintiff attempts to impose liability against Hughes personally on its contract claim on an alter ego theory.  [See Complaint (ECF 1) at ¶ 9.]  Plaintiff does not have a right to a jury trial on its alter ego claim.  [*Siegel v. Warner Bros. Entertainment Inc.*, 581 F.Supp.2d 1067, 1075-76 (C.D. Cal. 2008) (plaintiffs' alter ego claim is one sounding in equity to which no right to a trial by jury exists).]  The Court therefore must decide the alter ego claim.

Disgorgement of Profits:  Plaintiff seeks disgorgement of Defendants' profits as a remedy under its trademark infringement claims and its copyright claim.  [See Complaint (ECF 1), Prayer for Relief ¶¶ 3, 4.]  Right Connection likewise seeks disgorgement of Plaintiff's profits under its trademark counterclaim.  [See Counterclaim (ECF 36), Prayer for Relief ¶ 8.]

The Ninth Circuit has held that the Seventh Amendment does not provide a right to a jury

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

1   trial on the amount of profits to be disgorged for alleged trademark infringement.  [*Fifty-Six Hope*

2   *Road Music, Ltd. v. A.V.E.L.A., Inc.*, 778 F.3d 1059, 1074-76 (9th Cir. 2015).]  Likewise, there is no

3   right to a trial on the amount of profits to be disgorged for alleged copyright infringement.  [*Rearden*

4   *LLC v. Walt Disney Co.*, 2023 WL 9187385, at *2 (N.D. Cal. Dec. 14, 2023).]

5         The jury of course will need to determine who owns the trademarks at issue and whether

6   there has been trademark infringement and/or copyright infringement.  If the jury determines there

7   was infringement, the Court then will need to determine the amount of disgorgement of profits

8   damages, if any, since, as discussed, there is no right to a jury trial on the amount of such damages.

9         <u>Trademark Cancellation</u>:  The Fourth Claim for Relief in Right Connection's counterclaim

10   seeks cancellation of Plaintiff's federal registration for the Dirty Vibes trademark.  [See

11   Counterclaim (ECF 36) at 10:7-28.]  The Court also must decide whether Plaintiff's Dirty Vibes

12   trademark registration should be cancelled.  [*Amarte USA Holdings, Inc. v. Kendo Holdings Inc.*,

13   2024 WL 4093910 * 13 (C.D. Cal. Sept. 4, 2024) *citing Empresa Cubano Del Tabaco v. Culbro*

14   *Corp.*, 123 F. Supp. 2d 203, 209 (S.D.N.Y. 2000) ("A claim for cancellation of a trademark

15   registration pursuant to Section 37 of the Lanham Act, 15 U.S.C. § 1119, is equitable in nature and

16   does not give rise to a jury trial right.").]  The Court may want to make such determination following

17   the close of evidence and before the jury deliberates because cancellation of Plaintiff's registration

18   will have a significant impact on the jury's deliberations and the issues it must decide.

19   /././

20   /././

21   /././

22   /././

23   /././

24

25

26

27

28

**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II TO SPECIFY THE ISSUES TO BE DETERMINED BY THE COURT AND THE JURY AND DETERMINE THE PROCEDURE TO BE FOLLOWED**
**[DEFENDANTS' MOTION IN LIMINE NO. 3 OF 9]**

1

2.    <u>Relief Requested</u>

2       By this motion in limine, Defendants ask the Court to enter an order confirming that the

3  Court, not the jury, will decide the foregoing claims and issues and specifying the procedure the

4  Court wishes to follow to decide the issues.

5

6

7  DATED: August 22, 2025                    THE AFFINITY LAW GROUP

8

9                                    By:  */s/ Gregory P. Goonan*
                                          Gregory P. Goonan, Esq. (*admitted pro hac vice*)
10                                         5230 Carroll Canyon Road, Suite 230
                                          San Diego, CA 92121
11                                         Telephone: (858) 412-4296

12

13                                    GARMAN TURNER GORDON LLP

14                                    By:  */s/ Eric R. Olsen*
                                          Eric R. Olsen, Esq. (Nevada Bar # 3127)
15                                         7251 Amigo Street, Suite 210
                                          Las Vegas, NV  89119
16                                         Telephone: (725) 777-3000

17                                    *Attorneys for Defendants*
                                      *Right Connection, Inc. and*
18                                    *Donald D. Hughes II*

19

20

21

22

23

24

25

26

27
   **MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II TO**
28 **SPECIFY THE ISSUES TO BE DETERMINED BY THE COURT AND THE JURY AND DETERMINE THE**
   **PROCEDURE TO BE FOLLOWED**
   **[DEFENDANTS' MOTION IN LIMINE NO. 3 OF 9]**
   4

*Left margin:* THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

1

CERTIFICATION UNDER LR 16-3

2

      In accordance with the requirements of LR 16-3, the undersigned certifies that the parties

3

have participated in the meet-and-confer process and have been unable to resolve the matter without

4

court action.

5

6

7

8

DATED: August 22, 2025          THE AFFINITY LAW GROUP

9

10

By:  */s/ Gregory P. Goonan*
       Gregory P. Goonan (*admitted pro hac vice*)

11

*Attorneys for Defendants*

12

*Right Connection, Inc. and*
*Donald D. Hughes II*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE AFFINITY LAW GROUP®**
**5230 Carroll Canyon Road, Suite 230**
**San Diego, CA 92121**
**(858) 412-4296**