Gregory P. Goonan
*Admitted Pro Hac Vice*
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Eric R. Olsen, Esq.
Nevada Bar # 3127
**GARMAN TURNER GORDON**
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

Attorneys for Defendants
Right Connection, Inc. and Donald D. Hughes II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., et al,<br><br>Defendants. | CASE NO. 2:21-cv-01838-GMN-BNW<br><br>**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES**<br><br>**[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]**<br><br>**HEARING REQUESTED** |

**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES**
**[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]**

## **MOTION**

Defendants Right Connection, Inc. ("Right Connection") and Donald D. Hughes II (collectively "Defendants") file this motion in limine to obtain an order requiring Plaintiff to provide specific evidence in support for its claim for statutory damages under its copyright claim as provided in the Court's ruling on Defendants' motion for summary judgment.

This motion is based on this notice of motion and accompanying memorandum of points and authorities, the files and records in this matter, and all other matters that the Court may properly consider in connection with this motion.

DATED: August 22, 2025          THE AFFINITY LAW GROUP

By: */s/ Gregory P. Goonan*
Gregory P. Goonan, Esq. (*admitted pro hac vice*)
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296

GARMAN TURNER GORDON LLP

By: */s/ Eric R. Olsen*
Eric R. Olsen, Esq. (Nevada Bar # 3127)
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000

*Attorneys for Defendants
Right Connection, Inc. and
Donald D. Hughes II*

**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES
[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]**

## MEMORANDUM OF POINTS AND AUTHORITIES

### PRELIMINARY STATEMENT

As the Court will recall, Defendants sought summary adjudication in this case that Plaintiff is not entitled to statutory damages or attorneys' fees under its copyright infringement claim because the alleged infringement commenced before the effective date of Plaintiff's copyright registrations. The Court denied Defendants' request for summary adjudication of such remedies, finding there is a triable issue whether Right Connection republished the alleged copyrighted material after the effective date of the copyright registrations.

The Court will learn at trial (and we suspect Plaintiff already knows) there is no evidence that Right Connection republished any of the allegedly copyrighted photographs after the effective date of the registrations. So we do not know if Plaintiff still intends to pursue its claims for statutory damages and attorneys' fees.

Defendants bring this motion to try to focus and narrow the evidence and issues at trial. If Plaintiff still intends to pursue statutory damages and attorneys' fees under its copyright infringement claim, Defendants ask the Court by this motion in limine to enter an order requiring Plaintiff to produce specific evidence of some infringement that occurred after the effective date of the copyright registrations as discussed in the Court's summary judgment order (ECF 139).

### DISCUSSION

Among the remedies sought by Plaintiff under its purported claim for copyright infringement is an award of statutory damages and attorneys' fees. [Complaint (ECF 1) ¶¶ 50-51.] The problem for Plaintiff, however, is that Right Connection's alleged infringement commenced, if at all, prior to the effective date of Plaintiff's copyright registrations so Plaintiff is not entitled to an award of statutory damages or attorneys' fees under the copyright claim. [17 U.S.C. § 412.]

By the summary judgment motion they filed on June 12, 2023 (ECF 123), Defendants sought summary adjudication of Plaintiff's claims for statutory damages and attorneys' fees because the

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

1  copyright infringement alleged by Plaintiff commenced before the effective dates of Plaintiff's
2  copyright infringement.  [See ECF 123 at 14:17 – 15:11.]  By order entered March 6, 2024 (ECF
3  139), the Court denied Defendants' request for summary adjudication of the claim for statutory
4  damages and attorneys' fees, stating:

> [T]his Court has already noted that Right Connection stopped using the www.dirty-vibes.com domain address and ultimately took it down effective October 18, 2022; Right Connection then created a new website under the domain address www.dv-event.com, using the same content Plaintiff alleges is copyrighted. (Enforcement Order 3:7–10). The Court finds that a dispute of material fact exists regarding whether Defendants commenced a new use of Plaintiff's copyrighted materials after the effective date of Plaintiff's copyright registrations.

[March 6, 2024 Order (ECF 139) at 7:14-19.]

/././
/././
/././
/././
/././
/././
/././

---

**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES**
**[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]**
3

1  The Court will learn at trial that there is no evidence that Right Connection used any of Plaintiff's alleged copyrighted content on its www.dv-event.com website. In any event, if Plaintiff still intends to pursue its claims for statutory damages and/or attorneys' fees, Defendants ask by this motion in limine that the Court enter an order in accordance with the Court's summary judgment order requiring Plaintiff to provide specific proof that Right Connection published any of Plaintiff's alleged copyrighted materials on the www.dv-event.com website.

DATED: August 22, 2025         THE AFFINITY LAW GROUP

By: */s/ Gregory P. Goonan*
Gregory P. Goonan, Esq. (*admitted pro hac vice*)
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296


GARMAN TURNER GORDON LLP

By: */s/ Eric R. Olsen*
Eric R. Olsen, Esq. (Nevada Bar # 3127)
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Telephone: (725) 777-3000

*Attorneys for Defendants
Right Connection, Inc. and
Donald D. Hughes II*

---

**MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES
[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]**

4

CERTIFICATION UNDER LR 16-3

In accordance with the requirements of LR 16-3, the undersigned certifies that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action.

DATED: August 22, 2025                THE AFFINITY LAW GROUP

By: */s/ Gregory P. Goonan*
Gregory P. Goonan (*admitted pro hac vice*)

*Attorneys for Defendants
Right Connection, Inc. and
Donald D. Hughes II*

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

MOTION IN LIMINE BY DEFENDANTS RIGHT CONNECTION, INC. AND DONALD D. HUGHES II FOR AN ORDER REQUIRING PLAINTIFF TO INTRODUCE SPECIFC EVIDENCE IN SUPPORT OF ITS CLAIM FOR STATUTORY DAMAGES
[DEFENDANTS' MOTION IN LIMINE NO. 4 OF 9]
5