SHAHROKH SHEIK (CA Bar No. 250650)
shahrokh@wgcounsel.com
*Admitted Pro Hac Vice*
WEINBERG GONSER LLP
1100 Glendon Avenue, PH-9
Los Angeles, California 90024
Telephone: (424) 239-2850
Facsimile: (424) 238-3060

RYAN GILE, ESQ. (NV Bar No. 8807)
rg@gilelawgroup.com
Gile Law Group Ltd.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

Attorneys for Plaintiff,
DESIROUS PARTIES UNLIMITED, INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., a Nevada corporation; and DON HUGHES, an individual,<br><br>Defendants. | Case No. 2:21-cv-01838-GMN-BNW<br><br>*Hon. Gloria M. Navarro*<br><br>**DECLARATION OF DAVID MATLOCK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1**<br><br>*Filed concurrently with Plaintiff's Opposition to Defendants' Motion in Limine no. 1*<br><br>Case Filed:    October 5, 2021<br>Trial Date:    September 22, 2025 |

1
DECLARATION OF DAVID MATLOCK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE NO. 1

## DECLARATION OF DAVID MATLOCK

I, David Matlock, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Plaintiff's Opposition To Defendants' Motion In Limine No. 1, filed concurrently herewith.

2. Since the Court entered the Preliminary Injunction, Defendants have filed multiple oppositions to Plaintiff's motions to enforce that injunction, their own motion for reconsideration, and two appeals. Responding to these filings required Plaintiff to incur substantial attorneys' fees.

3. On November 30, 2020, Defendant Don Hughes sent a WhatsApp message stating that pursuing separation from him would "create a very expensive legal battle" and that he would "come after [me] financially." A true and correct copy of this message is attached hereto as **Exhibit A**.

4. On January 27, 2021, Hughes sent me a text message stating, "Strap in I coming after Dssirous Party now!" A true and correct copy of this message is attached hereto as **Exhibit B.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of September, 2025, at Los Angeles, California.

*/s/ David Matlock*
David Matlock

*EXHIBIT A*



**That's fine** 9:09 AM

**Ok** 9:09 AM

**The downstairs lounge? Or lobby** 9:28 AM

**Transportation is here** 10:39 AM

TODAY

**I would suggest calling me** 8:03 PM

> Para: Alma Mendoza
> Asunto: RE: Dirty Vibes
>
> Thank you Alma and I know everyone is super busy this time of year. My attorney is currently constructing a letter of separation for me to email out to all members and guests regarding the brands Dirty Vibes, TRYST Lifestyle Parties and DesirousParty no longer being affiliated with Right Connections Travel. As I own all brands, .com's and trademarks for the names listed. The email will go out mid week this week. This will start cancellations and guests will want to know a new date and location for April 2020 for the Dirty Vibes trip. Which I will need to tell them as soon as possible as my plan is to hold the event in April. I understand the predicament of the resorts with their relationship with RCT and DesirousParty/DirtyVibes. For that I apologize.
> I hope to to speak to Carlos as soon as he is available.
> thank you
>
> 8:03 PM

**Unless you want to create a very expensive legal battle. This is messing with my relations. I will come after you financially if you chose this direction. Will not be good for Desirous Party. Easier to work with me not against me** 8:04 PM

EXHIBIT 31 5/23/23

*EXHIBIT B*



DPU000329