SHAHROKH SHEIK (CA Bar No. 250650)
shahrokh@wgcounsel.com
MICHAEL ALFERA (CA Bar No. 322496)
malfera@wgcounsel.com
*Admitted Pro Hac Vice*
WEINBERG GONSER LLP
1100 Glendon Avenue, PH-9
Los Angeles, California 90024
Telephone: (424) 239-2850
Facsimile: (424) 238-3060

RYAN GILE, ESQ. (NV Bar No. 8807)
rg@gilelawgroup.com
Gile Law Group Ltd.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Plaintiff*

Gregory P. Goonan
Admitted Pro Hac Vice
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Eric R. Olsen, Esq.
Nevada Bar # 3127
GARMAN TURNER GORDON
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., a Nevada corporation; and DON HUGHES, an individual,<br><br>Defendants. | Case No. 2:21-cv-01838-GMN-BNW<br><br>*Hon. Gloria M. Navarro*<br><br>**JOINT STIPULATION RE AUTHENTICITY AND ADMISSIBILITY OF TRIAL EXHIBITS** |

At the September 9, 2025 Calendar Call, the Court directed the parties to continue to meet and confer about all pretrial topics. Counsel for both sides subsequently met and conferred regarding the authenticity and admissibility of the other side's Trial Exhibits. Following those efforts, the parties now jointly file this stipulation regarding authenticity and admissibility of Trial Exhibits.

## JOINT STIPULATION

### I. DEFENDANTS' STIPULATIONS REGARDING PLAINTIFF'S EXHIBITS

| EXHIBIT NO. | DESCRIPTION | AUTHENTICITY STIPULATED? | ADMISSIBILITY STIPULATED? |
|---|---|---|---|
| 1 | Skype Message | ✓ | ✓ |
| 2 | Skype Message re Name | ✓ | ✓ |
| 3 | EML thread re Cyber Sale and Domain | ✓ | ✓ |
| 4 | Receipt Domain Registration | ✓ | ✓ |
| 5 | Promotional flyer | ✓ | ✓ |
| 6 | EML re Event Description | ✓ | ✓ |
| 7 | DV logo | ✓ | ✓ |
| 8 | Dirty Vibes logo | ✓ | ✓ |
| 9 | EML re Business and Financials Expectations | ✓ | ✓ |
| 10 | EML re separation | ✓ | ✓ |
| 11 | Whatsapp message re separation EML | ✓ | ✓ |
| 12 | EML re Rebranding Fliers to Remove DV | ✓ | ✓ |
| 13 | EML re Honoring Last Two Events | ✓ | ✓ |
| 14 | EML re Confusing Guests with Temptation and Desire Logo | ✓ | ✓ |
| 15 | EML re Third Version of Flyers | ✓ | ✓ |
| 16 | EML Temptation Takeover in April 2019 | ✓ | ✓ |
| 17 | EML re Promotion Flyers | ✓ | ✓ |
| 18 | EML re Cancellation Fee | ✓ | ✓ |
| 19 | EML re Clarification that Event is not DV | ✓ | ✓ |
| 20 | EML re Cancellation | ✓ | ✓ |
| 21 | EML re current lawsuit and clarification re DV | ✓ | ✓ |
| 22 | EML re current lawsuit and clarification re DV | ✓ | ✓ |
| 23 | CR registration | | |
| 24 | CR registration | | |

| # | Description | | |
|---|---|---|---|
| 25 | CR registration | | |
| 26 | EML re Expenses | ✓ | ✓ |
| 27 | Customer Order Details | | |
| 28 | EML re question on Tabulations | | |
| 29 | Financial reports | | |
| 30 | Matlock Decl iso Mtn for Prelim Inj | | |
| 31 | Matlock Decl iso Emergency Mtn to Enforce | | |
| 32 | Matlock Decl iso Emergency Mtn to Strike | | |
| 33 | Financial report | | |
| 34 | DV promotional materials | | |
| 35 | Financial reports | | |
| 36 | Financial reports | | |
| 37 | Financial reports | | |
| 38 | DV promotional materials | ✓ | ✓ |
| 39 | DV promotional materials | ✓ | ✓ |
| 40 | Financial reports | | |
| 41 | Financial reports | | |
| 42 | EML Re Breakdown of Music Fest Job Cost | | |
| 43 | Wicked Eden Flyer DV | ✓ | ✓ |
| 44 | Financial reports | | |
| 45 | Adult Travel Flyer | ✓ | ✓ |
| 46 | Financial reports | | |
| 47 | DV Tryst Flyer | ✓ | ✓ |
| 48 | EML re Hottest LS Events Updates by DV | ✓ | ✓ |
| 49 | Financial reports | | |
| 50 | Financial reports | | |
| 51 | Financial reports | | |
| 52 | www.Dirty-Vibes.com Flyer | ✓ | ✓ |
| 53 | Financial reports | | |
| 54 | Info Re Booking info on Desirousparty.com | | |
| 55 | Terhune Decl iso Defendants Opposition to Mtn for Prelim Inj | | |
| 56 | IRS Form 1099s | ✓ | ✓ |
| 57 | Financial reports | | |
| 58 | Billing documents | ✓ | ✓ |
| 59 | RCT DV TM registration | ✓ | ✓ |
| 60 | US Patent and TM Office RCT TM registrations | ✓ | ✓ |

| # | Description | | |
|---|---|---|---|
| 61 | EML re Plan for Takeover of Temptation April 2019 | ✓ | ✓ |
| 62 | EML re DP contract | ✓ | ✓ |
| 63 | EML re Breakdown | ✓ | ✓ |
| 64 | EML Re Music Fest August 2018 | | |
| 65 | EML Re April Trip Bullet Points | ✓ | ✓ |
| 66 | EML Re Music fest | ✓ | ✓ |
| 67 | Skype Message | ✓ | ✓ |
| 68 | DV Music Fest Flier | ✓ | ✓ |
| 69 | EML Re Verbiage for DV | ✓ | ✓ |
| 70 | DV Music Fest Event | ✓ | ✓ |
| 71 | EML Re Music Fest Fliers | ✓ | ✓ |
| 72 | EML Re Music Fest Fliers | ✓ | ✓ |
| 73 | EML Re Possible Takeover Desire Pearl | ✓ | ✓ |
| 74 | November 2017 Text Messages Re DV & Dirty Disco | | |
| 75 | DV Report | | |
| 76 | EML Re Production Expenses for Spread Sheet | | |
| 77 | EML Re DV | ✓ | ✓ |
| 78 | FB Tryst DV Hughes | ✓ | ✓ |
| 79 | FB Right Connections Travel | ✓ | ✓ |
| 80 | Decl of Donald D. Hughes iso Opp to Prelim Inj | | |
| 81 | Counterclaim by Defendants | ✓ | ✓ |
| 82 | C&D Ltr | ✓ | ✓ |
| 83 | Invoice for Domain | ✓ | ✓ |
| 84 | EML re Purchase of Domains | ✓ | ✓ |
| 85 | Use of Mark - DV First Use Materials | ✓ | ✓ |
| 86 | DV Flyers | | |
| 87 | DV TM Registration | ✓ | ✓ |
| 88 | DV Company Website | ✓ | ✓ |
| 89 | FB and Instagram Pages | ✓ | ✓ |
| 90 | Fake DV Website | | |
| 91 | Fake DV Website Gallery | | |
| 92 | RCT FB DV Posts DV | | |
| 93 | RCT's TM registrations | | |
| 94 | Social Media Post | | |
| 95 | Social Media Post | | |
| 96 | Promotional Flyers and Materials | ✓ | ✓ |
| 97 | Threatening Whatsapp Message | ✓ | ✓ |
| 98 | EML re Customer Confusion | | |

| 99  | Decl Jim Terhune iso Opp to Prelim Inj |   |   |
|-----|----------------------------------------|---|---|
| 100 | 2017 Right Connection FB Pages         |   |   |
| 101 | Customer Cancellation                  | ✓ | ✓ |
| 102 | Domain Reimbursement                   |   |   |
| 103 | Decl of Don Hughes iso Prelim Inj      |   |   |
| 104 | Matlock Invoice                        | ✓ | ✓ |
| 105 | EML re Transmittal                     | ✓ | ✓ |
| 106 | EML re FB DV Take Down                 | ✓ | ✓ |
| 107 | Social Media                           | ✓ | ✓ |
| 108 | Order granting prelim Inj              |   |   |
| 109 | Website                                |   |   |
| 110 | FB Post by Tug Nation L.L.C dated October 10, 2022 |   |   |
| 111 | FB post by Steve Smooth and Amishka Necochea |   |   |
| 112 | RCT's Mtn for Stay and Reconsideration |   |   |
| 113 | RCT DV Design TM registration          |   |   |
| 114 | RCT DV design TM registration          |   |   |
| 115 | Decl of Terhune iso Opp to Plf's Emergency Mtn |   |   |
| 116 | Decl Don Hughes iso Opp to Emergency Mtn |   |   |
| 117 | www.dirty-vibes.com website stripped of References to DV |   |   |
| 118 | Changed Music Fest advertisement stripped of References to DV |   |   |
| 119 | Changed Temptation advertisement stripped of References to DV |   |   |
| 120 | Changed Tryst advertisement stripped of references to DV |   |   |
| 121 | DV Events Poster                       |   |   |
| 122 | DV Events Poster                       |   |   |
| 123 | DV Events Poster                       |   |   |
| 124 | Takeover Poster                        |   |   |
| 125 | Website                                | ✓ | ✓ |
| 126 | Don Hughes FB Page                     |   |   |
| 127 | Bliss Fall 2022 Poster                 |   |   |
| 128 | Don Hughes FB Post                     |   |   |
| 129 | Don Hughes FB Post                     |   |   |
| 130 | Don Hughes FB Post                     |   |   |
| 131 | Music Fest 2023 Website                |   |   |
| 132 | Events Posters                         |   |   |

| | # | Description | | |
|---|---|---|---|---|
| | 133 | Order granting Mtn to Enforce; denying DEF's Mtn for Reconsideration and Mtn for Stay and Mtn to Strike | | |
| | 134 | Events Posters | | |
| | 135 | Google Search | | |
| | 136 | April 2019 Stubbins Invoice | | |
| | 137 | Right Connections Travel Advertisement | | |
| | 138 | Decl of David Matlock iso Emergency Mtn for Contempt Sanctions | | |
| | 139 | Decl Jim Terhune ISO Opposition to Mtn to Dismiss | | |
| | 140 | Decl of Clayton Stubbins iso Mtn for Involuntary Dismissal | | |
| | 141 | Decl of Paul White iso Mtn for Involuntary Dismissal | | |
| | 142 | Order re Mtn to Dismiss | | |
| | 143 | RCT Social media | | |
| | 144 | Decl and Report by Mega Group | | |
| | 145 | RCT Webpages | ✓ | ✓ |
| | 146 | Hughes FB Page | | |
| | 147 | RCT FB Page | | |
| | 148 | RCT newsletter | | |
| | 149 | EML re Rebranding | | |
| | 150 | Text Message re Desirous | ✓ | ✓ |
| | 151 | EML re Confusing Guests with Temptation and Desire Logo | ✓ | ✓ |
| | 152 | RCT's Responses to RFA set 1 | | |
| | 153 | RCT's Supp Responses to RFA set 1 | | |
| | 154 | RCT's 2nd Supp Responses to RFA set 1 | | |
| | 155 | Hughes' Responses to RFA set 1 | | |
| | 156 | Hughes' Supp Responses to RFA set 1 | | |
| | 157 | Hughes' 2nd Supp Responses to RFA set 1 | | |
| | 158 | RCT Responses to ROGs set 1 | | |
| | 159 | RCT Supp Responses to ROGs set 1 | | |
| | 160 | Hughes Responses to ROGs set 1 | | |
| | 161 | Hughes Supp Responses to ROGs set 1 | | |
| | 162 | Appellant's Appeal I Opening Brief Case No. 22-16885 | | |
| | 163 | Appellant's Appeal I Reply Brief Case No. 22-16885 | | |

WEINBERG
GONSER

6
JOINT STIPULATION RE AUTHENTICITY AND ADMISSIBILITY OF TRIAL EXHIBITS

| | | | |
|---|---|---|---|
| 164 | 9Th Circuit Ruling Denying Appeal in Case No. 22-16885 | | |
| 165 | Appellant's Appeal II Opening Brief Case No. 22-16530 | | |
| 166 | Appellant's Appeal II Reply Brief Case No. 22-16530 | | |
| 167 | 9Th Circuit Ruling Denying Appeal in Case No. 22-16530 | | |

## II.   PLAINTIFF'S STIPULATIONS REGARDING DEFENDANTS' EXHIBITS

| EXHIBIT NO. | DESCRIPTION | AUTHENTICITY STIPULATED? | ADMISSIBILITY STIPULATED? |
|---|---|---|---|
| 500 | 2020_11_2024 Dirty Vibes USA LLC Certificate of Formation (Depo Exh 2) | ✓ | |
| 501 | 2021_01_25 Dirty Vibes USA LLC Certificate of Amendment (Depo Exh 3) | ✓ | |
| 502 | Jen N Alex L Facebook post (Depo Exh 4) | | |
| 503 | 11/15/2017 Email Thread (Depo Exh 5) | ✓ | |
| 504 | Desirous Parties Form W-2 (Depo Exh 7) | ✓ | |
| 505 | Desirous Parties Agent Registration (Depo Exh 8) | ✓ | |
| 506 | Desirous Parties Website Page (Depo Exh 9) | | |
| 507 | 2017_11_04 Text Thread (Depo Exh 10) | | |
| 508 | Text message thread (Depo Exh 11) | | |
| 509 | Text message thread (Depo Exh 12) | ✓ | |
| 510 | 2017_11_29 Email thread (Depo Exh 13) | ✓ | ✓ |
| 511 | Receipt (Depo Exh 14) | ✓ | ✓ |
| 512 | Email thread (Depo Exh 15) | ✓ | ✓ |
| 513 | Email thread (Depo Exh 16) | ✓ | |
| 514 | Email thread (Depo Exh 17) | | |
| 515 | Email thread (Depo Exh 18) | ✓ | |
| 516 | Promotional flyer (Depo Exh 19) | ✓ | ✓ |
| 517 | 2018_04_19 Email (Depo Exh 20) | ✓ | ✓ |
| 518 | Email thread (Depo Exh 21) | ✓ | ✓ |
| 519 | DV logo (Depo Exh 22) | ✓ | |
| 520 | Dirty Vibes logo (Depo Exh 23) | ✓ | |
| 521 | 2020_12_18 Email (Depo Exh 24) | | |
| 522 | Dirty Vibes promotional bag (Depo Exh 25) | | |

| No. | Description | Auth | Adm |
|---|---|---|---|
| 523 | Dirty Vibes promotional cup holder (Depo Exh 26) | | |
| 524 | Dirty Vibes promotional photograph (Depo Exh 27) | | |
| 525 | 2020_02_28 Email (Depo Exh 29, Depo Exh 122) | ✓ | |
| 526 | Email thread (Depo Exh 30) | ✓ | ✓ |
| 527 | Text message thread (Depo Exh 31) | ✓ | ✓ |
| 528 | Email thread (Depo Exh 32) | ✓ | |
| 529 | Email thread (Depo Exh 33) | ✓ | |
| 530 | Email thread (Depo Exh 34) | ✓ | |
| 531 | Facebook post (Depo Exh 35) | | |
| 532 | Purgatory Information Sheet (Depo Exh 38) | | |
| 533 | Text message thread (Depo Exh 40) | | |
| 534 | Plaintiff Profit & Loss Statements (Depo Exh 42) | | |
| 535 | Group contract (Depo Exh 43) | | |
| 536 | Email thread (Depo Exh 45) | ✓ | ✓ |
| 537 | Text message thread (Depo Exh 46) | | |
| 538 | 2020_12_19 Email (Depo Exh 47) | | |
| 539 | Email thread (Depo Exh 49) | | |
| 540 | Email thread (Depo Exh 50) | | |
| 541 | Text message thread (Depo Exh 51) | | |
| 542 | Email thread (Depo Exh 52) | ✓ | |
| 543 | Email thread (Depo Exh 53) | ✓ | |
| 544 | Email thread (Depo Exh 55) | ✓ | |
| 545 | Email thread (Depo Exh 56) | ✓ | |
| 546 | ASN Article (Depo Exh 57) | | |
| 547 | Facebook post (Depo Exh 58) | | |
| 548 | Facebook post (Depo Exh 59) | | |
| 549 | Facebook post (Depo Exh 60) | | |
| 550 | Facebook post (Depo Exh 61) | | |
| 551 | Facebook post (Depo Exh 62) | | |
| 552 | 2019_07_30 Email (Depo Exh 66) | ✓ | |
| 553 | Text message thread (Depo Exh 68) | | |
| 554 | Text message thread (Depo Exh 69) | | |
| 555 | 2021_03_08 Email (Depo Exh 74) | ✓ | ✓ |
| 556 | 2022_01_22 Matlock Declaration (Depo Exh 75) | ✓ | |
| 557 | 2022_10_20 Matlock Declaration (Depo Exh 76) | ✓ | |

| # | Exhibit | Description | Auth | Admiss |
|---|---|---|---|---|
| 558 | | 2023_02_08 Matlock Declaration (Depo Exh 77) | ✓ | |
| 559 | | Dirty Vibes promotional materials (Depo Exh 84) | ✓ | ✓ |
| 560 | | Dirty Vibes promotional materials (Depo Exh 85) | ✓ | ✓ |
| 561 | | Dirty Vibes promotional materials (Depo Exh 89) | ✓ | ✓ |
| 562 | | Dirty Vibes promotional materials (Depo Exh 91) | ✓ | |
| 563 | | Dirty Vibes promotional materials (Depo Exh 93) | ✓ | |
| 564 | | Dirty Vibes promotional materials (Depo Exh 94) | ✓ | ✓ |
| 565 | | Financial Report (Depo Exh 98) | | |
| 566 | | Dirty Vibes promotional materials (Depo Exh 100) | | |
| 567 | | IRS Form 1099s (Depo Exh 102) | ✓ | |
| 568 | | Billing documents (Depo Exh 104) | | |
| 569 | | RCT Dirty Vibes trademark registration (ECF 85-13) | ✓ | |
| 570 | | Email thread (Depo Exh 106) | | |
| 571 | | Email thread (Depo Exh 107) | ✓ | |
| 572 | | Email thread (Depo Exh 109) | ✓ | |
| 573 | | Email thread (Depo Exh 110) | ✓ | ✓ |
| 574 | | Email thread (Depo Exh 111) | ✓ | ✓ |
| 575 | | Text message thread (Depo Exh 112) | ✓ | |
| 576 | | 2017_12_08 Email (Depo Exh 114) | ✓ | ✓ |
| 577 | | Dirty Vibes promotional materials (Depo Exh 115) | ✓ | |
| 578 | | Text message thread (Depo Exh 119) | | |
| 579 | | Dirty Vibes promotional material (Depo Exh 124) | ✓ | |
| 580 | | Dirty Vibes promotional materials (Depo Exh 125) | ✓ | |
| 581 | | RCT Dirty Vibes boat wrap (ECF 85-5) | ✓ | |
| 582 | | RCT Dirty Vibes hats (ECF 85-6) | | |
| 583 | | RCT DV design copyright registration (ECF 85-9) | | |
| 584 | | RCT DV logo (ECF 85-10) | ✓ | |
| 585 | | RCT DV Design trademark registration (IC 21, 25) (ECF 85-11) | ✓ | |
| 586 | | RCT DV design trademark registration (ECF 85-12) | ✓ | |
| 587 | | Email thread (ECF 43-5) | | |

| | | | | |
|---|---|---|---|---|
| 588 | Group contract (ECF 43-6) | | |
| 589 | Text message thread (ECF 43-19) | | |
| 590 | Promotional materials (ECF 42-3) | ✓ | ✓ |
| 591 | Website post (ECF 42-5) | ✓ | |
| 592 | Dirty-vibes.com website (ECF 42-10) | ✓ | |
| 593 | Instagram posts (ECF 42-13) | ✓ | |
| 594 | Text messages (ECF 42-18) | ✓ | ✓ |
| 595 | Promotional texts/emails/social media posts (ECF 42-19) | ✓ | |
| 596 | 9/28/2022 dirty-vibes.com website (ECF 87-9) | ✓ | |
| 597 | dv-events.com website (ECF 87-10) | ✓ | |
| 598 | Original Group partner certification (ECF 105-8) | | |
| 599 | Email re social media registration (ECF 105-9) | | |
| 600 | Documentation of Clayton Stubbins reimbursement (ECF 112-1) | ✓ | |
| 601 | Documentation re dirtyvibes.com domain name purchase (ECF 112-2) | | |
| 602 | Email thread (ECF 43-15) | | |
| 603 | 12/11/2020 Letter (Depo Exh 72) | ✓ | ✓ |
| 604 | 12/18/2020 Letter (Depo Exh 73) | ✓ | ✓ |
| 605 | Complaint | ✓ | ✓ |
| 606 | Social media post (RCI/HUGHES 04723) | | |
| 607 | November 2017 text message thread (RCI/HUGHES 04749-04822) | | |
| 608 | Email thread (Depo Exh 122) | ✓ | |
| 609 | Plaintiff's Responses to Right Connection's First Set of Interrogatories | ✓ | |
| 610 | Plaintiff's Supplemental Responses to Right Connection's First Set of Interrogatories | ✓ | |
| 611 | Plaintiff's Responses to Right Connection's Second Set of Interrogatories | ✓ | |
| 612 | Plaintiff's Responses to Right Connection's Third Set of Interrogatories | ✓ | |
| 613 | Plaintiff's Responses to Hughes' First Set of Interrogatories | ✓ | |
| 614 | Plaintiff's Supplemental Responses to Hughes' First Set of Interrogatories | ✓ | |

SO STIPULATED.

DATED: September 18, 2025

| **WEINBERG GONSER LLP** | **THE AFFINITY LAW GROUP** |
|---|---|
| By: /s/ Shahrokh Sheik<br>    SHAHROKH SHEIK<br><br>*Attorneys for Plaintiff and Counter-Defendant, DESIROUS PARTIES UNLIMITED, INC.* | By: /s/ Gregory P. Goonan<br>    GREGORY P. GOONAN<br><br>*Attorneys for Defendants and Counterclaimants RIGHT CONNECTION, INC. and DON HUGHES* |

**IT IS SO ORDERED:**

_____
Hon. Gloria Navarro
United States District Judge

DATED:  September 18, 2025