# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INC., <br><br> Plaintiff, <br><br> v. <br><br><br> RIGHT CONNECTION INC., et al., <br><br> Defendants. | Case No. 2:21-cv-01838-GMN-BNW <br><br> **ORDER** |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED this ___3___ day of October, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE