SHAHROKH SHEIK (CA Bar No. 250650)
shahrokh@wgcounsel.com
MICHAEL ALFERA (CA Bar No. 322496)
malfera@wgcounsel.com
*Admitted Pro Hac Vice*
WEINBERG GONSER LLP
1100 Glendon Avenue, PH-9
Los Angeles, California 90024
Telephone: (424) 239-2850
Facsimile: (424) 238-3060

RYAN GILE, ESQ. (NV Bar No. 8807)
rg@gilelawgroup.com
Gile Law Group Ltd.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Plaintiff*

Gregory P. Goonan
Admitted Pro Hac Vice
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

Eric R. Olsen, Esq.
Nevada Bar # 3127
GARMAN TURNER GORDON
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHT CONNECTION, INC., a Nevada corporation; and DON HUGHES, an individual,<br><br>Defendants. | Case No. 2:21-cv-01838-GMN-BNW<br><br>*Hon. Gloria M. Navarro*<br><br>**JOINT STIPULATION RE POST TRIAL BRIEFING** |

Plaintiff DESIROUS PARTIES UNLIMITED, INC. and Defendants RIGHT CONNECTION, INC and DON HUGHES (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties have conferred regarding the schedule for post-trial briefing on certain matters and propose the following post-trial briefing schedule, with page limits to be governed by D. Nev. L.R. 7-3.

**November 17, 2025**: Plaintiff's post-trial brief due

**December 8, 2025**: Defendants' response due

**December 22, 2025**: Plaintiff's reply due

Topics for post-trial briefing will include (i) adjustments to the award of disgorgement damages; (ii) abandoned claims; and (iii) any other post-trial matters <u>excluding</u> attorneys' fees or other matters for which the Federal Rules of Civil Procedure provide other applicable deadlines. The parties will file their attorney fee briefing separately, in compliance with Fed. R. Civ. P. 54 and D. Nev. L.R. 7-2(b).

The parties respectfully request that the Court approve the above schedule and enter this stipulation as an order of the Court.

SO STIPULATED.

DATED: October 21, 2025

| WEINBERG GONSER LLP | THE AFFINITY LAW GROUP |
|---|---|
| By: */s/ Shahrokh Sheik*<br>    SHAHROKH SHEIK<br><br>*Attorneys for Plaintiff and Counter-Defendant, DESIROUS PARTIES UNLIMITED, INC.* | By:   */s/ Gregory P. Goonan*<br>    GREGORY P. GOONAN<br><br>*Attorneys for Defendants and Counterclaimants RIGHT CONNECTION, INC. and DON HUGHES* |

**IT IS SO ORDERED:**

_____
Hon. Gloria Navarro
United States District Judge

DATED: October 22, 2025