**Jacob G. Leavitt, Esq.**
Nevada Bar # 12608
**SIN CITY LAW**
939 Decatur Blvd.
Las Vegas, Nevada 89107
Phone: (702) 508-6404
Pro Bono Attorney for Donald Hughes
Email: jacob@sincity.law

**Gregory P. Goonan**
Admitted Pro Hac Vice
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

**Eric R. Olsen, Esq.**
Nevada Bar # 3127
GARMAN TURNER GORDON
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

***Attorneys for Defendant***
***Donald D. Hughes II***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br>Plaintiffs,<br>vs.<br>RIGHT CONNECTION, INC., et al,<br>Defendants. | CASE NO. 2:21-cv-01838-GMN-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Defendant DONALD D. HUGHES II ("Defendant" and/or "HUGHES"), by and through undersigned counsel, Jacob G. Leavitt, Esq., of Sin City Law, hereby moves this Honorable Court

for an Order permitting Jacob G. Leavitt, Esq. to withdraw as counsel of record for HUGHES in the above-captioned matter.

This Motion is made and based upon the following Memorandum of Points and Authorities, the pleadings and papers on file herein, and any argument the Court may permit.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Jacob G. Leavitt, Esq., of Sin City Law, currently appears as pro bono counsel of record for HUGHES in this matter. HUGHES will continue to be represented by Gregory P. Goonan, Esq., admitted pro hac vice, and Eric R. Olsen, Esq., both of whom remain counsel of record.

HUGHES has requested that Mr. Leavitt no longer represent him as pro bono Cumis counsel. Accordingly, Mr. Leavitt respectfully seeks leave of Court to withdraw from further representation of HUGHES in this action.

Because HUGHES will remain represented by existing counsel of record, the requested withdrawal will not leave HUGHES unrepresented, delay these proceedings, or prejudice any party.

### II. LEGAL ARGUMENT

An attorney who has appeared in a matter may withdraw from representation upon leave of Court and in accordance with the applicable rules governing attorney withdrawal.

Here, good cause exists to permit Mr. Leavitt's withdrawal. HUGHES has requested that Mr. Leavitt no longer continue his pro bono representation as Cumis counsel. Further, HUGHES remains represented by Gregory P. Goonan, Esq. and Eric R. Olsen, Esq., who continue as counsel of record in this action.

The withdrawal of Mr. Leavitt will therefore not interrupt HUGHES' representation or materially affect the orderly progression of this matter. No continuance or modification of any existing deadline is requested in connection with this Motion.

Accordingly, withdrawal is appropriate and will not result in undue delay or prejudice to HUGHES or any other party.

**III. CONCLUSION**

For the foregoing reasons, Jacob G. Leavitt, Esq., of Sin City Law, respectfully requests that this Court enter an Order permitting him to withdraw as counsel of record for Defendant DONALD D. HUGHES II and directing the Clerk of Court to remove Jacob G. Leavitt, Esq. from the CM/ECF service list for this matter.

Dated this 15th day of July, 2026.

**SIN CITY LAW**

By: *<u>/s/ Jacob G. Leavitt</u>*
**JACOB G. LEAVITT, ESQ.**
Nevada Bar No. 12608
939 S. Decatur Boulevard
Las Vegas, Nevada 89107
***Attorneys for Defendant***
***Donald D. Hughes II***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2026, the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon and by depositing a copy in the U.S. Mail, postage prepaid, upon the parties and at the address listed.

/s/ Dianne Jaimes

An employee/agent of **SIN CITY LAW**

**Jacob G. Leavitt, Esq.**
Nevada Bar # 12608
**SIN CITY LAW**
939 Decatur Blvd.
Las Vegas, Nevada 89107
Phone: (702) 508-6404
Pro Bono Attorney for Donald Hughes
Email: jacob@sincity.law

**Gregory P. Goonan**
Admitted Pro Hac Vice
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Email: ggoonan@affinity-law.com

**Eric R. Olsen, Esq.**
Nevada Bar # 3127
GARMAN TURNER GORDON
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Email: eolson@gtg.legal

***Attorneys for Defendant***
***Donald D. Hughes II***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESIROUS PARTIES UNLIMITED INCORPORATED,<br>Plaintiffs,<br>vs.<br>RIGHT CONNECTION, INC., et al,<br>Defendants. | CASE NO. 2:21-cv-01838-GMN-BNW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Before the Court is Jacob G. Leavitt, Esq.'s Motion to Withdraw as Counsel of Record for Defendant DONALD D. HUGHES II.

/ / /

Having reviewed the Motion, the pleadings and papers on file herein, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED**.

**IT IS FURTHER ORDERED** that Jacob G. Leavitt, Esq., of Sin City Law, is permitted to withdraw as counsel of record for Defendant DONALD D. HUGHES II in the above-captioned matter.

**IT IS FURTHER ORDERED** that Defendant DONALD D. HUGHES II shall continue to be represented by remaining counsel of record, Gregory P. Goonan, Esq., admitted pro hac vice, and Eric R. Olsen, Esq.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Jacob G. Leavitt, Esq. from the CM/ECF service list for this matter.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2026.

**UNITED STATES MAGISTRATE JUDGE**

**Respectfully Submitted By:**

**SIN CITY LAW**

By: */s/ Jacob G. Leavitt*
**JACOB G. LEAVITT, ESQ.**
Nevada Bar No. 12608
939 S. Decatur Boulevard
Las Vegas, Nevada 89107
***Attorneys for Defendant***
***Donald D. Hughes II***